1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Eric C. Lauritsen (State Bar No. 301219)
3    elauritsen@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  Attorneys for Plaintiff
   ATARI INTERACTIVE, INC.

7

8

9              UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12 | ATARI INTERACTIVE, INC.,, | Case No. |
| --- | --- |
13 | Plaintiff, | |
14 | vs. | **PLAINTIFF ATARI INTERACTIVE, INC.'S CERTIFICATION OF INTERESTED ENTITIES** |
15 | OOSHIRTS, INC.,, | |
16 | Defendant. | |
17 |  | Trial Date: None Set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection and Interest |
|---|---|
| ATARI INTERACTIVE, INC. | Plaintiff, a Delaware corporation with its principal place of business in New York, New York |
| OOSHIRTS, INC. | Defendant, a California corporation with its principal place of business in Fremont, California |

DATED: January 15, 2019

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Eric C. Lauritsen

By: _____s/ Keith J. Wesley_____
Keith J. Wesley
Attorneys for Plaintiff
ATARI INTERACTIVE, INC.