AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

   In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO.           DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATARI INTERACTIVE, INC. | OOSHIRTS, INC., |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001086529 | Pong - The Next Level (MAC) | Atari Interactive, Inc. |
| 2 | TX0000676860 | ASTEROIDS DELUXE/CABARET Operation, Maintenance and Service Manual (TM-173) | Atari Interactive, Inc. |
| 3 | TX0000744954 | ASTEROIDS DELUXE/COCKTAIL Operation, Maintenance and Service Manual (TM-174) | Atari Interactive, Inc. |
| 4 | VAu0000024510 | ASTEROIDS DELUXE PC Board Fabrication (036472-01) | Atari Interactive, Inc. |
| 5 | TX0000756751 | ASTEROIDS DELUXE 1 COMPUTER PROGRAM (Coin-Op) | Atari Interactive, Inc. |
| 6 | TX0000756752 | ASTEROIDS DELUXE" II Computer Program (Coin-op) | Atari Interactive, Inc. |
| 7 | VAu0000027872 | ASTEROIDS DELUXE Printed-Circuit Board (Component Side) 036472-01 | Atari Interactive, Inc. |
| 8 | PA0000100722 | ASTEROIDS DELUXE | Atari Interactive, Inc. |
| 9 | TX0000676855 | ASTEROIDS DELUXE Operation, Maintenance and Service Manual (TM-165) | Atari Interactive, Inc. |
| 10 | PA0001112811 | Centipede (MAC) | Atari Interactive, Inc. |
| 11 | TX0003465947 | 2600 Centipede | Atari Interactive, Inc. |
| 12 | TX0003448961 | Centipede | Atari Interactive, Inc. |
| 13 | TX0000770011 | CENTIPEDE Operation, Maintenance and Service Manual (TM-182) | Atari Interactive, Inc. |
| 14 | VAu0000027871 | CENTIPEDE Printed-Circuit Board (Component Side) 037242-01 | Atari Interactive, Inc. |
| 15 | VAu0000027873 | CENTIPEDE Printed-Circuit Board (Circuit Side) 037242-01 | Atari Interactive, Inc. |
| 16 | TX0000744978 | CENTIPEDE/CABARET Operation, Maintenance and Service Manual (TM-189) | Atari Interactive, Inc. |
| 17 | TX0000744956 | CENTIPEDE/COCKTAIL Operation, Maintenance and Service Manual (TM-188) | Atari Interactive, Inc. |
| 18 | TX0001214298 | CENTIPEDE (Computer Program for Atari 2600 Video Computer System) | Atari Interactive, Inc. |


American LegalNet, Inc.
www.FormsWorkFlow.com

| | | | |
|---|---|---|---|
| 19 | TXu0000098901 | Centipede (Computer Program for Personal Computer System) | Atari Interactive, Inc. |
| 20 | PA0000108068 | CENTIPEDE | Atari Interactive, Inc. |
| 21 | VA0000109343 | Centipede | Atari Interactive, Inc. |
| 22 | VAu0000029718 | CENTIPEDE | Atari Interactive, Inc. |
| 23 | PA0001865564 | Centipede: Infestation (3DS) | Atari Interactive, Inc. |
| 24 | PA0001865567 | Centipede: Infestation (Wii) | Atari Interactive, Inc. |
| 25 | TX 1-344-61 4 | Adventure (Advent) | Atari Interactive, Inc. |
| 26 | PA 1 79-032 | Missile Command | Atari Interactive, Inc. |
| 27 | PA 73-339 | Missile Command | Atari Interactive, Inc. |
| 28 | TX 676-859 | Missile Command (Cabaret): Operation, Maintenance, and Service Manual: Complete with Illustrated Parts Lists | Atari Interactive, Inc. |
| 29 | TX 706-537 | Missile Command (Cocktail): Operation, Maintenance, and Service Manual: Complete with Illustrated Parts List | Atari Interactive, Inc. |
| 30 | TX 676-857 | Missile Command (Sit-down): Operation, Maintenance, and Service Manual: Complete with Illustrated Parts Lists | Atari Interactive, Inc. |
| 31 | TX 1-529-075 | Missile Command: Conversion Instructions for Missile Command to Crystal Castles | Atari Interactive, Inc. |
| 32 | VAu 17-891 | Missile Command: Fabrication, PC BD.: Drawing No. 035468-01 | Atari Interactive, Inc. |
| 33 | VAu 19-289 | Missile Command: Fabrication, PC BD.: Drawing No. 035468-01 | Atari Interactive, Inc. |
| 34 | TX 1-237-235 | Missile Command: Object File | Atari Interactive, Inc. |
| 35 | TX 706-538 | Missile Command: Operation, Maintenance, and Service Manual: Complete with Illustrated Parts List | Atari Interactive, Inc. |
| 36 | TX 701-616 | Missile-Command (Missile Command Personal Computer Program) | Atari Interactive, Inc. |
| 37 | TX 1-246-50 I | Yar's Revenge | Atari Interactive, Inc. |
| 38 | VA 103-623 | Yar's Revenge | Atari Interactive, Inc. |
| 39 | A780280 | SUPER PONG 04: MODEL NUMBER 80005; OWNER'S MANUAL/GUIDE DE L'UTIUSATEUR FOR SIMPSONS-SEARS | Atari Interactive, Inc. |
| 40 | A764814 | SUPER PONG 4: GAMES OWNER'S MANUAL | Atari Interactive, Inc. |
| 41 | A873421 | SUPER PONG 4: OWNER'S MANUAL | Atari Interactive, Inc. |
| 42 | A844359 | SUPER PONG PRO-AM, SUPER PONG PRO-AM TEN, MANUEL D'INSTRUCTIONS; PARAGON VERSION | Atari Interactive, Inc. |
| 43 | A844360 | SUPER PONG PRO-AM, SUPER PONG PRO-AM TEN, OWNER'S MANUAL; PARAGON VERSION | Atari Interactive, Inc. |
| 44 | IU I 8211 | Super Pong Pro-Am: FABRICATION. SUPER PONG PRO-AM (PRINTED CIRCUIT BOARD) | Atari Interactive, Inc. |
| 45 | A780277 | SUPER PONG TELE-GAMES: MODEL NUMBER 637.997360; OWNER'S MANUAL FOR SEARS ROEBUCK AND COMPANY | Atari Interactive, Inc. |
| 46 | A844364 | SUPERPONG TEN: OWNER'S MANUAL | Atari Interactive, Inc. |
| 47 | 1018098 | Super Pong: FABRICATION, P.C. BOARD, SUPER PONG PRO-AM | Atari Interactive, Inc. |
| 48 | A780278 | SUPER PONG: MODEL NUMBER 8004; OWNER'S MANUAL/GUIDE DE L'UTILISATEUR FOR SIMPSONS SEARS | Atari Interactive, Inc. |


American LegalNet, Inc.
www.FormsWorkFlow.com

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



American LegalNet, Inc.
www.FormsWorkFlow.com