1   BROWNE GEORGE ROSS LLP
    Keith J. Wesley (State Bar No. 229276)
2     kwesley@bgrfirm.com
    Eric C. Lauritsen (State Bar No. 301219)
3     elauritsen@bgrfirm.com
    2121 Avenue of the Stars, Suite 2800
4   Los Angeles, California 90067
    Telephone: (310) 274-7100
5   Facsimile: (310) 275-5697

6   Attorneys for Plaintiff
    ATARI INTERACTIVE, INC.

7

8

9                      UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12   ATARI INTERACTIVE, INC.,,          Case No. 3:19-cv-00264-WHO

13              Plaintiff,              The Hon. William H. Orrick

14         vs.                          **NOTICE OF ERRATA TO
                                        COMPLAINT**
15   OOSHIRTS, INC.,,
                                        Judge:   Hon. William H. Orrick
16              Defendant.
                                        Trial Date:  None Set
17

18

19

20

21

22

23

24

25

26

27

28

1189671.1
                                                 Case No. 3:19-cv-00264-WHO
                           NOTICE OF ERRATA

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3    PLEASE TAKE NOTICE that the complaint in this action (Docket #1)

4  contained an error insofar as the exhibits referenced therein were not in fact

5  attached.

6    A corrected version of the complaint, together with the exhibits, is attached

7  hereto as Exhibit A.

8  DATED:  January 22, 2019          BROWNE GEORGE ROSS LLP
                                      Keith J. Wesley
9                                     Eric C. Lauritsen

10

11

12                                  By:    s/ Eric C. Lauritsen
                                         _____
13                                         Eric C. Lauritsen
                                       Attorneys for Plaintiff
14                                     ATARI INTERACTIVE, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1 | BROWNE GEORGE ROSS LLP
2 | Keith J. Wesley (State Bar No. 229276)
   |   kwesley@bgrfirm.com
3 | Eric C. Lauritsen (State Bar No. 301219)
   |   elauritsen@bgrfirm.com
4 | 2121 Avenue of the Stars, Suite 2800
   | Los Angeles, California 90067
5 | Telephone: (310) 274-7100
   | Facsimile: (310) 275-5697
6 |
7 | Attorneys for Plaintiff
   | ATARI INTERACTIVE, INC.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 |

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **(1) TRADEMARK INFRINGEMENT AND COUNTERFEITING [15 U.S.C. §1114];** |
| OOSHIRTS, INC., | **(2) COPYRIGHT INFRINGEMENT [17 U.S.C. §§101 et seq.];** |
| Defendant. | **(3) TRADEMARK DILUTION [15 U.S.C. §1125(c)];** |
| | **(4) FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(a)];** |
| | **(5) COMMON LAW UNFAIR COMPETITION;** |
| | **(6) CONTRIBUTORY TRADEMARK INFRINGEMENT;** |
| | **(7) CONTRIBUTORY COPYRIGHT INFRINGEMENT;** |
| | **(8) VICARIOUS TRADEMARK INFRINGEMENT;** |
| | **(9) VICARIOUS COPYRIGHT INFRINGEMENT;** |
| | **DEMAND FOR JURY TRIAL** |

1183174.1

COMPLAINT

1        Plaintiff Atari Interactive, Inc. ("Atari"), as and for its complaint against

2  defendant Ooshirts, Inc. ("Ooshirts"), alleges as follows:

3                                   **PARTIES**

4        1.      Atari is a Delaware corporation with its principal place of business in

5  New York, New York.

6        2.      Atari is informed and believes, and thereon alleges, that Ooshirts is a

7  California corporation with its principal place of business in Fremont, California.

8               **JURISDICTION AND VENUE**

9        3.      This Court has subject matter jurisdiction over this action pursuant to

10  28 U.S.C. sections 1331 and 1338 because the action arises under the federal

11  Copyright Act and Lanham Act. *See* 17 U.S.C. §§ 101, *et seq.*; 15 U.S.C. §§ 1051,

12  *et seq.* This Court also has supplemental jurisdiction pursuant to 28 U.S.C.

13  sections 1367 and 1338(b).

14        4.      Venue in this district is proper under 28 U.S.C. section 1391 because

15  Ooshirts is subject to personal jurisdiction here and Atari has suffered injury here.

16        5.      This Court has personal jurisdiction over Ooshirts because, upon

17  information and belief, Ooshirts maintains its principal place of business in

18  California, and specifically within this judicial district. This Court also has personal

19  jurisdiction over Ooshirts because Ooshirts regularly markets and sells goods,

20  including the goods at issue in this case, to customers in California.

21               **GENERAL ALLEGATIONS**

22  **A.**    **Atari Is an Iconic Video Game Brand.**

23        6.      Atari is one of the most famous video game brands in history. Founded

24  in the early 1970s in California, Atari became *the* pioneer in the video game

25  industry during the 1970s and continuing into the 1980s, developing and releasing

26  (a) home video consoles – e.g., the Atari 2600 – that set new standards in design and

27  function, and (b) a series of hit games – e.g., *Pong*, *Breakout*, *Asteroids*, and many

28  others.

7.     Atari became known to relevant consumers and the public at large by its inherently distinctive trade name, as well as its inherently distinctive A-shaped or "Fuji" logo design.  The Atari name and logo are depicted immediately below.



8.     Atari has continued to market, promote, license, and sell products, including a catalog of more than 200 well-known games, worldwide under the Atari name and logo for over four decades.

9.     Video gamers new and old recognize and revere Atari's place as a very well-known and iconic pioneer of the video game industry.

10.     Atari has expanded into a multi-platform, global interactive entertainment company, adapting many of its classic games for online platforms such as Facebook, smartphones, and tablets.

11.     Atari has developed, promoted, and distributed new interactive entertainment and products, including a new VCS console (modeled off the design of the original 2600 unit) that is currently being promoted and pre-sold on Indiegogo and that has already raised more than $2.5 million in a matter of days.

12.     Atari has an active licensing business through which Atari has extended its brand into other media, merchandising, and publishing categories.

13.     The Atari name, logo, and classic video games are valuable intellectual property owned by Atari.  Atari therefore obtained registrations with the United States Patent and Trademark Office for many of its trademarks and registrations

1  with the United States Copyright Office for many of its copyrighted works.

2        a.    Through commercial use and contractual agreements with its

3              predecessors-in-interest, Atari is the owner of USPTO

4              Registration No. 4,214,210 for the ATARI name and logo used

5              in connection with, among other things, "printed matter, namely

6              posters, stickers" and "articles of clothing"; and Atari is the

7              owner of USPTO Registration No. 4,324,638 for the PONG

8              name used in connection with, among other things "printed

9              matter, namely posters, stickers" and "articles of clothing."

10             Appended hereto as Exhibits 1 and 2 are true and correct copies

11             of the aforementioned trademark registrations.

12       b.    Through contractual agreements with its predecessors-in-interest,

13             Atari is the owner of multiple copyright registrations for, among

14             others, the following video games, including the visual elements

15             thereof:  *Pong*, *Missile Command*, *Adventure*, *Breakout*, and

16             *Yars' Revenge*.

17       c.    Through extensive and continuous promotion and sales,

18             unsolicited press, and word of mouth, Atari owns common law

19             rights in various trademarks and trade dress, including the *Atari*

20             name and logo, the *Pong*, *Missile Command*, *Adventure*,

21             *Breakout*, and *Yars' Revenge* names and graphics, and the

22             overall look and feel of the Atari 2600 game console and

23             joystick.

24 **B.    Ooshirts Knowingly Infringes Upon Atari's Intellectual Property**

25      **Rights by Creating, Manufacturing, and Distributing Large**

26      **Quantities of Counterfeit Atari Clothing and Printed Material.**

27    14.   Ooshirts runs the website www.teechip.com, which invites visitors to

28 upload designs for printing on a variety of apparel and other merchandise – from t-

1 shirts and sweaters to mugs and posters – which Ooshirts then offers for sale. If a

2 visitor to the site orders a product, Ooshirts makes, ships, and processes the payment

3 for the product. Ooshirts then splits the profits with the person who originally

4 uploaded the design.

5      15.    Ooshirts is advertising, marketing, creating, displaying, offering for

6 sale, selling, distributing, and profiting from massive quantities of counterfeit Atari

7 products. Many of the counterfeit products incorporate exact replicas of the

8 registered ATARI trademark (name and logo) on products in the classes for which

9 the marks are registered. Other counterfeit products incorporate easily identifiable

10 depictions of the Atari 2600 console and joystick with the distinctive red button. A

11 few examples are depicted below. Many more are shown in Exhibit 3.

12

13

14   

15

16

17

18

19

20

21

22   

23

24

25

26

27

28

1
2
3
4
5
6
7
8

  

9    16.    In addition, Ooshirts is advertising, marketing, creating, displaying,
10  offering for sale, selling, distributing, and profiting from products incorporating
11  copyrighted works owned by Atari.  A few examples are depicted below.  Many
12  more are shown in Exhibit 3.
13
14  MISSILE COMMAND        ADVENTURE              PONG
15
16
17
18                        
19
20
21
22  YARS' REVENGE          BREAKOUT
23
24
25
26                    
27
28

-5-

17.     Ooshirts' infringement is knowing and willful, as evidenced by (a) the sheer quantity of different counterfeit designs being sold by Ooshirts, (b) the exact duplication of a variety of iconic Atari designs, and (c) Ooshirts' pattern and practice of infringing upon the intellectual property rights of well-known brands.

18.     Ooshirts has profited from its unauthorized use of Atari's intellectual property through the sale of the infringing goods, and Ooshirts' infringement has harmed Atari by cheapening and diluting the Atari brand, diverting profits from the sale of authentic Atari goods, and causing Atari to lose profits and licensing fees from the authorized use of its intellectual property.

**FIRST CLAIM FOR RELIEF**

**(Trademark Infringement and Counterfeiting)**

19.     Atari re-alleges and incorporates herein by reference each and every allegation set forth above.

20.     Atari is the owner of the registered ATARI and PONG trademarks for the categories of goods on which Ooshirts is using the trademarks, as well as registered trademarks for the MISSILE COMMAND, BREAKOUT, and YARS' REVENGE  names (collectively, the "Atari Trademarks").

21.     The Atari Trademarks are valid, protectable marks.

22.     Ooshirts is advertising, marketing, creating, displaying, offering for sale, selling, distributing, and profiting from products incorporating the Atari Trademarks or nearly identical variations thereof.

23.     Ooshirts' use of the Atari Trademarks is likely to cause confusion among ordinary purchasers as to the source of the goods.

24.     Atari has never consented to Ooshirts' use of its trademarks.

25.     Ooshirts infringed upon the Atari Trademarks and engaged in trademark counterfeiting willfully.

26.     As a proximate result of the unfair advantage accruing to Ooshirts from using confusingly similar marks and deceptively trading on Atari's goodwill,

-6-

1 | Ooshirts has made substantial sales and profits in amounts to be established
2 | according to proof.

3 |     27.   As a proximate result of the unfair advantage accruing to Ooshirts from
4 | using similar or quasi-similar marks and deceptively trading on Atari's goodwill,
5 | Atari has been damaged and deprived of substantial sales and has been deprived of
6 | the value of its trademarks as commercial assets, in amounts to be established
7 | according to proof.

8 |     28.   Unless restrained by the Court, Ooshirts will continue to infringe
9 | Atari's trademarks.  Pecuniary compensation alone will not afford Atari adequate
10 | relief for the damage to its trademarks and brand.  In the absence of injunctive relief,
11 | consumers are likely to continue to be mistaken or deceived as to the true source,
12 | origin, sponsorship, and affiliation of Ooshirts and their purported goods.

13 |     29.   Ooshirts' acts were committed, and continue to be committed, with
14 | actual notice of Atari's exclusive rights and with the intent to cause confusion, to
15 | cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill
16 | associated with Atari and its products.  Pursuant to 15 U.S.C. section 1117, Atari is
17 | therefore entitled to recover three times its actual damages or three times Ooshirts'
18 | profits, whichever is greater, together with its attorneys' fees.  Atari is also entitled
19 | to statutory damages of $2 million per registered mark.  In addition, pursuant to 15
20 | U.S.C. section 1118, Atari is entitled to an order requiring destruction of all
21 | infringing products and promotional materials in Ooshirts' possession.

**SECOND CLAIM FOR RELIEF**

**(Copyright Infringement)**

24 |     30.   Atari re-alleges and incorporates herein by reference each and every
25 | allegation set forth above.

26 |     31.   Atari has complied in all respects with the copyright laws of the United
27 | States, 17 U.S.C. §101 et seq., and has secured the exclusive rights and privileges in
28 | and to the original expression in the following copyrighted works that have been

1  duly registered with the U.S. Copyright Office: *Pong*, *Missile Command*, *Adventure*,

2  *Breakout*, and *Yars' Revenge*.

3       32.    Ooshirts had access to Atari's copyrighted works as established by,

4  among other things, (a) the widespread availability of pictures of Atari-made or

5  Atari-licensed products incorporating those copyrighted works, (b) the fact that

6  Atari's copyrighted games are well known in the industry and in the public, (c) the

7  striking similarity between the expression used on the infringing goods and the

8  expression in Atari's copyrighted works, and (d) the fact that Ooshirts affirmatively

9  advertises the infringing goods through the use of the Atari trade name.

10       33.    Ooshirts infringed Atari's copyrights by advertising, marketing,

11  creating, displaying, offering for sale, selling, distributing, and profiting from

12  products incorporating protectable expression taken from Atari's copyrighted works

13  without Atari's permission.

14       34.    Ooshirts infringed Atari's copyrights willfully.

15       35.    Atari is entitled to actual damages and Ooshirts' profits, in an amount

16  to be proven at trial.

17       36.    Alternatively, Atari is entitled to statutory damages in an amount no

18  less than $150,000 per copyright.

19       37.    Ooshirts' acts have caused and will continue to cause irreparable harm

20  to Atari unless restrained by this Court. Atari has no adequate remedy at law.

21  Accordingly, Atari is entitled to an order enjoining and restraining Ooshirts and all

22  those acting in concert with Ooshirts, during the pendency of this action and

23  permanently thereafter, from manufacturing, distributing, importing, exporting,

24  marketing, offering for sale, or selling copies or substantially similar copies of

25  Atari's copyrighted works.

26  **THIRD CLAIM FOR RELIEF**

27  **(Trademark Dilution)**

28       38.    Atari re-alleges and incorporates herein by reference each and every

-8-

1    allegation set forth above.

2        39.    The ATARI and PONG trademarks are widely recognized by the

3    general consuming public of the United States.

4        40.    Ooshirts' unauthorized use of the ATARI and PONG trademarks has

5    the effect of tarnishing and blurring Atari's authentic trademark.

6        41.    Atari is entitled to recover damages and/or Ooshirts' profits in an

7    amount to be determined at trial.

8        42.    Atari is entitled to an order preliminarily and permanently enjoining

9    Ooshirts from using its trademarks in the future.

10       43.    Because Ooshirts has willfully intended to cause dilution of Atari's

11   trademarks, Atari is further entitled to recover its costs of suit and reasonable

12   attorney's fees pursuant to 15 U.S.C. sections 1117 and 1125(c)(2).

13                        **FOURTH CLAIM FOR RELIEF**

14                         **(False Designation of Origin)**

15       44.    Atari re-alleges and incorporates herein by reference each and every

16   allegation set forth above.

17       45.    The Atari Trademarks, as well as the overall look and feel of Atari's

18   2600 console and joystick (the "2600 trade dress"), are inherently distinctive and

19   have also acquired secondary meaning through extensive promotion and sales, over

20   unsolicited press, and word of mouth for over four decades.

21       46.    Ooshirts is advertising, marketing, creating, displaying, offering for

22   sale, selling, distributing, and profiting from products incorporating the Atari

23   Trademarks and the 2600 trade dress or nearly identical variations thereof.

24       47.    Ooshirts' use of the Atari Trademarks and the 2600 trade dress is likely

25   to cause confusion among ordinary purchasers as to the source of the goods.

26       48.    Atari has never consented to Ooshirts' use of its trademarks or trade

27   dress.

28       49.    Ooshirts infringed upon Atari's trademarks and trade dress willfully.

1    50.    As a proximate result of the unfair advantage accruing to Ooshirts from
2  using similar or quasi-similar marks and trade dress and deceptively trading on
3  Atari's goodwill, Ooshirts has made substantial sales and profits in amounts to be
4  established according to proof.

5    51.    As a proximate result of the unfair advantage accruing to Ooshirts from
6  using confusingly similar marks and trade dress and deceptively trading on Atari's
7  goodwill, Atari has been damaged and deprived of substantial sales and has been
8  deprived of the value of its trademarks as commercial assets, in amounts to be
9  established according to proof.

10    52.    Unless restrained by the Court, Ooshirts will continue to infringe
11  Atari's trademarks and trade dress.  Pecuniary compensation alone will not afford
12  Atari adequate relief for the damage to its trademarks, trade dress, and brand.  In the
13  absence of injunctive relief, consumers are likely to continue to be mistaken or
14  deceived as to the true source, origin, sponsorship, and affiliation of Ooshirts and
15  their purported goods.

16    53.    Ooshirts' acts were committed, and continue to be committed, with
17  actual notice of Atari's exclusive rights and with the intent to cause confusion, to
18  cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill
19  associated with Atari and its products.  Pursuant to 15 U.S.C. section 1117, Atari is
20  therefore entitled to recover three times its actual damages or three times Ooshirts'
21  profits, whichever is greater, together with its attorneys' fees.  Atari is also entitled
22  to statutory damages of $2 million per registered mark.  In addition, pursuant to 15
23  U.S.C. section 1118, Atari is entitled to an order requiring destruction of all
24  infringing products and promotional materials in Ooshirts' possession.

25                         **FIFTH CLAIM FOR RELIEF**
26                      **(Common Law Unfair Competition)**

27    54.    Atari re-alleges and incorporates herein by reference each and every
28  allegation set forth above.

-10-

55.   Ooshirts' unauthorized use of Atari's trademarks and trade dress is likely to cause consumer confusion as to the source, origin, sponsorship, and association of Ooshirts' products.

56.   Atari has been, and will continue to be, damaged and irreparably harmed by the actions of Ooshirts unless Ooshirts is enjoined by this Court.

57.   Atari is entitled to recover damages and/or Ooshirts' profits in an amount to be determined at trial.

58.   Atari is informed and believes, and thereon alleges, that Ooshirts committed the foregoing acts with the intention of depriving Atari of its legal rights, with oppression, fraud, and/or malice, and in conscious disregard of Atari's rights. Atari is therefore entitled to an award of exemplary and punitive damages, according to proof.

## SIXTH CLAIM FOR RELIEF

(Contributory Trademark Infringement and Counterfeiting)

59.   Atari re-alleges and incorporates herein by reference each and every allegation set forth above.

60.   Ooshirts has been and continues to be aware of – and has been and continues to contribute to – the infringement of Atari's trademarks and the use of counterfeit Atari products on its site.  The infringing and counterfeit products are prominently displayed and promoted on Ooshirts' website.  Ooshirts' website is configured so that a search for "Atari" or other Atari trade names will lead directly to the infringing and counterfeit goods.  Ooshirts creates and distributes the infringing and counterfeit goods to the end consumer and facilitates the financial transactions.

61.   Alternatively, Ooshirts has remained willfully blind to the infringement and/or counterfeiting of Atari trademarks on its website and on the products it creates and distributes to the end consumer.

62.   Atari has been damaged by and Ooshirts has profited from Ooshirts'

-11-

1   contributory trademark infringement and counterfeiting.

2       63.    To remedy Ooshirts' contributory trademark infringement, Atari is

3   entitled to all of the remedies set forth above for direct trademark infringement,

4   counterfeiting, false designation of origin, and unfair competition.

5   <div align="center">**SEVENTH CLAIM FOR RELIEF**</div>

6   <div align="center">(Contributory Copyright Infringement)</div>

7       64.    Atari re-alleges and incorporates herein by reference each and every

8   allegation set forth above.

9       65.    Ooshirts has been and continues to be aware of – and has been and

10   continues to contribute to – the infringement of Atari's copyrights on its site.  The

11   infringing products are prominently displayed and promoted on Ooshirts' website.

12   Ooshirts' website is configured so that a search for "Atari" or other Atari trade

13   names will lead directly to the infringing goods.  Ooshirts creates and distributes the

14   infringing goods to the end consumer and facilitates the financial transactions.

15       66.    Alternatively, Ooshirts has remained willfully blind to the infringement

16   of Atari copyrights on its website and on the products it creates and distributes to the

17   end consumer.

18       67.    Atari has been damaged by and Ooshirts has profited from Ooshirts'

19   contributory copyright infringement.

20       68.    To remedy Ooshirts' contributory copyright infringement, Atari is

21   entitled to all of the remedies set forth above for direct copyright infringement.

22   <div align="center">**EIGHTH CLAIM FOR RELIEF**</div>

23   <div align="center">(Vicarious Trademark Infringement and Counterfeiting)</div>

24       69.    Atari re-alleges and incorporates herein by reference each and every

25   allegation set forth above.

26       70.    Ooshirts and the third parties who design and upload the infringing

27   designs are in an apparent or actual partnership, have the authority to bind one

28   another in transactions with third parties, and/or exercise joint ownership or control

<div align="center">-12-</div>

1  over the infringing products.  Ooshirts is thus vicariously liable for the trademark
2  infringement and counterfeiting of the third parties who design and upload the
3  infringing designs onto the Ooshirts site.

4      71.    Atari has been damaged by and Ooshirts has profited from Ooshirts'
5  vicarious trademark infringement and counterfeiting.

6      72.    To remedy Ooshirts' vicarious trademark infringement and
7  counterfeiting, Atari is entitled to all of the remedies set forth above for direct
8  trademark infringement, counterfeiting, false designation of origin, and unfair
9  competition.

10  ### NINTH CLAIM FOR RELIEF

11  (Vicarious Copyright Infringement)

12      73.    Atari re-alleges and incorporates herein by reference each and every
13  allegation set forth above.

14      74.    Ooshirts enjoys a direct financial benefit from the copyright
15  infringement on its website.  Ooshirts gets paid a percentage of every sale of every
16  product displayed on the site.  The availability of the infringing goods also draws
17  customers to the site, which causes Ooshirts to make money both through the sale of
18  the infringing goods and through the sale of all goods displayed on its site.

19      75.    Ooshirts has the legal right to stop or limit the copyright infringement
20  on its website and the practical ability to do so.  Ooshirts has the ability and means
21  to monitor its site for infringing designs and the right to remove them.

22      76.    Atari has been damaged by and Ooshirts has profited from Ooshirts'
23  vicarious copyright infringement.  To remedy Ooshirts' vicarious copyright
24  infringement, Atari is entitled to all of the remedies set forth above for direct
25  copyright infringement.

26  ### PRAYER FOR RELIEF

27  WHEREFORE, Atari prays for relief against Ooshirts as follows:

28      1.    For preliminary and permanent injunctions enjoining and restraining

-13-

Ooshirts, its agents, employees, representatives, partners, joint venturers, and anyone acting on behalf of, or in concert with Ooshirts, from:

      a.    designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates designs substantially similar to Atari's copyrighted works;

      b.    designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates or is marketed in conjunction any Atari trademark or trade dress;

      c.    representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of Ooshirts' products that Ooshirts' products originate with or are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with, Atari;

2.    For an order requiring the destruction of all of Ooshirts' infringing products and all marketing, advertising, or promotional materials depicting Ooshirts' infringing products;

3.    For an accounting of all profits obtained by Ooshirts from sales of the infringing products and an order that Ooshirts hold all such profits in a constructive trust for the benefit of Atari;

4.    For an award to Atari of all profits earned by Ooshirts from their infringing acts;

5.    For compensatory damages according to proof;

6.    For statutory damages of no less than $150,000 per registered copyright and no less than $2 million per registered trademark;

7.    For pre-judgment interest on all damages awarded by this Court;

8.    For reasonable attorney's fees and costs of suit incurred herein; and

-14-

1    9.    For such other and further relief as the Court deems just and proper.

2

3   Dated:  January 15, 2019                    BROWNE GEORGE ROSS LLP
                                                 Keith J. Wesley
4                                                Eric C. Lauritsen

5

6                                        By:    s/ Keith J. Wesley
7                                                Keith J. Wesley
                                         Attorneys for Plaintiff
8                                        ATARI INTERACTIVE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Atari hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated:  January 15, 2019

BROWNE GEORGE ROSS LLP
    Keith J. Wesley
    Eric C. Lauritsen

By:  ___s/ Keith J. Wesley_____
            Keith J. Wesley
Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

# EXHIBIT  1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,214,210**

**Registered Sep. 25, 2012**

**Int. Cls.: 9, 16, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; PLUG AND PLAY GAME UNITS FOR PLAYING VIDEO AND COMPUTER GAMES WITH THE USE OF AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2004; IN COMMERCE 11-19-2004.

FOR: PRINTED MATTER, NAMELY, POSTERS, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 1,050,153, 3,173,508, AND OTHERS.

THE MARK CONSISTS OF THE WORD "ATARI" WITH A FUJI DESIGN ABOVE THE WORD WITHIN A BOX.

THE ENGLISH TRANSLATION OF "ATARI" IS SUCCESS OR LUCK.

SN 77-609,882, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT  2

# United States of America
## United States Patent and Trademark Office

# PONG

**Reg. No. 4,324,638**
**Registered Apr. 23, 2013**

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: PRINTED MATTER, NAMELY, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,611,782.

SN 77-609,902, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# EXHIBIT 3

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                                   atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari
**$18.95** $21.95          17 colors

Atari Atari Force
**$22.99** $26.95          11 colors

atari
**$22.95** $26.95          6 colors

Atari 2600
**$22.95** $26.95

Atari Joust
**$22.95** $26.95

ATARI FADED
**$19.99** $22.95          10 colors

ET Atari
**$22.95** $26.95

ET Atari
**$35.99** $41.95          18 colors

ATARI 1
**$19.99** $22.95          10 colors

‹   **1**   2   3   4   5   ...   **50**   ›

Back To Top ^

https://teechip.com/search/atari/page/1

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,316 Search Results for

# "atari"

Filter

**Category**

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

**Color** +

Showing 1,316 Items — Sort: Top Selling

Trending

Atari Nebula
$22.95 ~~$26.95~~

Trending

Atari logo
$22.95 ~~$26.95~~ 7 colors

Atari Girl
$19.95 ~~$22.95~~ 18 colors

Atari 2600
$22.95 ~~$26.95~~ 15 colors

Atari Original Screen Logo
$42.99 ~~$49.95~~ 18 colors

Atari 2600 Love
$19.95 ~~$22.95~~ 18 colors

Atari Isle Of Dogs
$22.95 ~~$26.95~~ 4 colors

RETRO ATARI GAMING LOGO
$22.95 ~~$26.95~~ 3 colors

I played Atari
$19.95 ~~$22.95~~ 18 colors



1/7/19                                        atari Shirts, Hoodies, Posters, Mugs | TeeChip

  

I played Atari                    GEEK Atari Denim Logo           ATARI JAGUAR RETRO CLASS...
**$19.95** $22.95     18 colors   **$19.95** $22.95     7 colors   **$19.99** $22.95     10 colors

  

GEEK Atari Denim Logo             Atari Isle Of Dogs              ATARI DENIM LOGO
**$21.95** $25.95     7 colors    **$19.99** $22.95    18 colors   **$20.99** $24.95     5 colors

  

Japanese Atari II                 ATARI JAGUAR RETRO CLASS...     Atari Adventure 83
**$22.95** $26.95                 **$19.99** $22.95    10 colors   **$22.95** $26.95    18 colors

‹    1    **2**    3    4    5    ···    **50**    ›

Back To Top  ˄

TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Showing 1,316 Items

Sort: Top Selling

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Trending

Retro Atari Gaming Logo
$22.95 ~~$26.95~~ 10 colors

Trending

Atari Jaguar Retro Classic
$22.95 ~~$26.95~~

Japanese Atari II
$19.99 ~~$22.95~~ 4 colors

ATARI JAGUAR RETRO CLASS...
$20.99 ~~$24.95~~ 5 colors

Japanese Atari II
$42.99 ~~$49.95~~ 18 colors

Atari Big Logo 1972
$23.99 ~~$27.95~~ 11 colors

Atari Classic Logo
$22.95 ~~$26.95~~ 15 colors

atari t shirt
$22.95 ~~$26.95~~ 18 colors

ATARI ISLE OF DOGS
$19.95 ~~$22.95~~ 5 colors



1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Adventure 83            ATARI JAGUAR RETRO CLASS...      Atari Isle Of Dogs
$22.95  $26.95    18 colors    $19.99  $22.95    10 colors     $19.99  $22.95    4 colors

GEEK Atari Denim Logo        GEEK Atari Denim Logo            Retro Atari Gaming Logo
$22.95  $26.95    4 colors     $22.95  $26.95    7 colors      $22.99  $26.95    18 colors

Atari Isle Of Dogs           Isle Of Atari Dogs              Atari Classic Logo
$22.95  $26.95    5 colors     $22.95  $26.95    7 colors      $19.99  $22.95    8 colors

‹   1   2   3   4   5   ...   50   ›

Back To Top ⌃

https://teechip.com/search/atari/page/3

TeeChip

Home / Search Result "atari"

**1,316** Search Results for

# "atari"

Filter

**Category** —

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Showing 1,316 Items

Sort: Top Selling

Trending

Atari Missile Command
$42.99 ~~$49.95~~ 18 colors

Trending

Atari Jaguar Controller
$22.95 ~~$26.95~~

Isle Of Atari
$22.95 ~~$26.95~~ 7 colors

Atari 400 Setup
$22.95 ~~$26.95~~ 6 colors

Atari - Original Screen Logo
$18.95 ~~$21.95~~ 5 colors

Atari Original Screen Logo tee...
$22.95 ~~$26.95~~ 18 colors

Isle Of Atari Dogs
$22.95 ~~$26.95~~ 7 colors

GEEK Atari Denim Logo
$22.95 ~~$26.95~~ 9 colors

Japanese Atari II
$19.95 ~~$22.95~~ 7 colors

1/7/19                                 atari Shirts, Hoodies, Posters, Mugs | TeeChip



GEEK Atari Denim Logo
**$22.95** $26.95          7 colors

Atari 2600 tee shirt
**$28.95** $33.95          18 colors

Atari Jaguar Controller
**$22.95** $26.95

Japanese Atari II
**$22.95** $26.95          11 colors

Isle Of Atari Dogs
**$22.95** $26.95          7 colors

Isle Of Atari Dogs
**$22.95** $26.95          7 colors

Atari Original Screen Logo tee...
**$22.95** $26.95          18 colors

Miner 2049er Atari
**$20.95** $24.95          9 colors

GEEK Atari Denim Logo
**$22.95** $26.95          10 colors

‹   1   ...   **4**   **5**   **6**   ...   **50**   ›

Back To Top ⌃



TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Retro Atari Gaming Logo
$22.95 $26.95 10 colors

Trending

GEEK Atari Denim Logo 18
$22.95 $26.95 18 colors

Atari Lives Isle of Dogs
$20.95 $24.95 9 colors

ATARI LIVES ISLE OF DOGS
$19.95 $22.95 5 colors

GEEK Atari Denim Logo 2
$19.95 $22.95 7 colors

Atari Lives Isle of Dogs
$19.99 $22.95 18 colors

Retro Atari Gaming Logo TShirt
$23.99 $27.95 11 colors

GEEK Atari Denim Logo 18
$22.95 $26.95 18 colors

Atari - Original Screen Logo tee
$28.95 $33.95 18 colors

atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Lives Isle of Dogs
**$20.95** $24.95          9 colors

Retro Atari Gaming Logo TShirt
**$23.99** $27.95          11 colors

Retro Atari Gaming Logo TShirt
**$23.99** $27.95          11 colors

Atari Jaguar Retro Classic 85
**$22.95** $26.95          18 colors

Logo Atari Gaming Retro TShirt
**$23.95** $27.95          8 colors

Atari Lives Isle of Dogs
**$19.99** $23.95          18 colors

Atari Screen Logo tee shirt
**$28.95** $33.95          19 colors

Logo Atari Gaming Retro TShirt
**$41.99** $48.95          13 colors

Atari Parzival Ready Player One
**$22.95** $26.95          7 colors

‹   1   ⋯   4   **5**   6   ⋯   50   ›

**Back To Top** ⌄

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,316 Search Results for

# "atari"

Filter

**Category** —

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Showing 1,316 Items

Sort: Top Selling

Trending

ISLE OF DOGS - ATARI 42
$28.95 ~~$33.95~~ 14 colors

Trending

Retro Atari Gaming Logo TShirt
$41.99 ~~$48.95~~ 13 colors

Retro Atari Gaming Logo Tees
$22.95 ~~$26.95~~ 18 colors

Isle Of Dogs Atari 74
$22.95 ~~$26.95~~ 17 colors

Retro Atari Gaming Logo TShirt
$23.99 ~~$27.95~~ 11 colors

Atari original screen logo tee s...
$21.99 ~~$25.95~~ 18 colors

Arcade Keep Calm Amiga Atar...
$40.99 ~~$47.95~~ 18 colors

Atari Retro Badge - 8-bit Gen
$23.95 ~~$27.95~~ 4 colors

about Galaxian Im Atari to scor...
$23.95 ~~$27.95~~ 6 colors



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



about Galaxian Im Atari to scor...
$23.95 $27.95          6 colors

about Galaxian Im Atari to scor...
$23.95 $27.95          6 colors

Atari
$25.95 $29.95          6 colors

Atari
$42.95 $49.95          15 colors

Atari
$27.95 $32.95          8 colors

Atari
$35.95 $41.95          9 colors

Atari
$18.95 $21.95

Atari
$21.00 $24.95          11 colors

Atari
$21.00 $24.95          11 colors

‹   1   ...   4   5   6   ...   50   ›

Back To Top ⌃



1/7/19                        atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari
**$16.95** $19.95

Atari
**$42.99** $49.95          18 colors

atari
**$22.95** $26.95

Atari
**$18.95** $21.95          17 colors

Atari
**$35.99** $41.95          11 colors

Atari
**$25.95** $29.95          4 colors

Atari
**$21.99** $25.95          18 colors

Atari
**$17.95** $20.95          17 colors

ATARI
**$21.99** $25.95          2 colors

‹    1    ...    **7**    8    9    ...    **50**    ›

Back To Top ^

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI
$32.99  $37.95          5 colors

Atari Atari Force
$35.99  $41.95          10 colors

Atari Atari Force
$25.99  $29.95          5 colors

atari
$26.95  $30.95

ATARI
$20.99  $24.95          5 colors

Atari
$21.99  $25.95          16 colors

Atari Atari Force
$29.99  $34.95          7 colors

Atari
$27.95  $32.95          10 colors

atari
$18.95  $21.95

‹   1   ...   7   8   9   ...   50   ›

Back To Top  ^

https://teechip.com/search/atari/page/8

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/9

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari
$35.95 $41.95          9 colors

Atari
$17.95 $20.95

Atari
$35.99 $41.95          3 colors

Atari
$17.95 $20.95          17 colors

Atari Atari Force
$24.99 $28.95          9 colors

Atari Atari Force
$23.95 $27.95          8 colors

atari
$19.95 $22.95

Atari
$26.95 $30.95          9 colors

Atari
$16.95 $19.95          2 colors

‹      1      ...    7    8    9    ...   50    ›

Back To Top ⌃

https://teechip.com/search/atari/page/9

1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                           atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari                         Atari                                    Atari
$16.95  $19.95                $20.95  $24.95          7 colors         $17.95  $20.95

Atari                         Atari                                    Atari
$16.95  $19.95                $42.95  $49.95          18 colors        $21.99  $25.95         18 colors

atari                         Atari Atari Force                        Atari Atari Force
$25.95  $29.95                $35.99  $41.95          5 colors         $35.99  $41.95          2 colors

‹    1    •••   **10**   **11**   **12**   •••   **50**   ›

Back To Top ^

https://teechip.com/search/atari/page/10

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                                     atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari
$35.95 $41.95          5 colors

Atari
$16.95 $19.95

Atari
$17.95 $20.95

Atari
$39.95 $45.95          11 colors

Atari
$16.95 $19.95          17 colors

Atari
$28.95 $33.95          11 colors

Atari
$22.95 $26.95          30 colors

ATARI
$23.99 $27.95          5 colors

Atari
$24.95 $28.95          2 colors

‹   1   ...   10   **11**   12   ...   50   ›

Back To Top ⌃

https://teechip.com/search/atari/page/11

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/12

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Atari Force
**$35.99** $41.95          5 colors

Atari
**$35.99** $41.95          18 colors

Atari
**$35.99** $41.95          18 colors

Atari
**$35.99** $41.95          11 colors

atari
**$22.95** $26.95

Atari
**$16.95** $19.95          2 colors

Atari
**$17.95** $20.95

Atari
**$21.99** $25.95          18 colors

Atari
**$35.99** $41.95          3 colors

‹      1      ···   10   11   **12**   ···   50      ›

Back To Top ^

1/7/19                           atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari
**$35.99** ~~$41.95~~          18 colors

Atari
**$35.99** ~~$41.95~~          18 colors

ATARI
**$24.99** ~~$28.95~~          5 colors

Atari
**$21.99** ~~$25.95~~          7 colors

Atari
**$17.95** ~~$20.95~~

Atari Atari Force
**$35.99** ~~$41.95~~          10 colors

atari
**$42.95** ~~$49.95~~

Atari
**$28.95** ~~$33.95~~          10 colors

Atari
**$17.95** ~~$20.95~~          17 colors

⟨   1   ...   **13**   14   15   ...   50   ⟩

Back To Top ∧

1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/14



Atari Atari Force
**$29.99** $34.95          8 colors

Atari Atari Force
**$23.95** $27.95          8 colors

Atari
**$18.95** $21.95          10 colors

Atari
**$21.99** $25.95          13 colors

Atari
**$24.95** $28.95          2 colors

Atari
**$16.95** $19.95          17 colors

Atari
**$21.99** $25.95          18 colors

Atari
**$14.95** $17.95          17 colors

Atari
**$17.95** $20.95          17 colors

‹   1   ···   13   **14**   15   ···   50   ›

Back To Top ∧

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip





Atari Like
**$19.95** $22.95          17 colors

ET Atari
**$16.95** $19.95

ET Atari
**$35.99** $41.95          3 colors

Atari 2600
**$14.95** $17.95

Atari 2600
**$42.95** $49.95          16 colors

Atari Girl
**$24.95** $28.95          3 colors

Atari Girl
**$28.95** $33.95          18 colors

ATARI FADED
**$18.95** $21.95          7 colors

ET Atari
**$24.95** $28.95

‹   1   ...   13   14   **15**   ...   50   ›

Back To Top ∧

1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip





Atari Girl
**$14.95** $17.95     17 colors

ET Atari
**$16.95** $19.95     2 colors

ATARI 1
**$25.95** $29.95     5 colors

Atari 2600
**$14.95** $17.95

Atari logo
**$38.95** $44.95     9 colors

ATARI 1
**$24.99** $28.95     8 colors

Atari Nebula
**$42.95** $49.95

Atari Nebula
**$22.95** $26.95

Atari Nebula
**$16.95** $19.95

‹    1    ...    **16**   17   18    ...   **50**   ›

Back To Top ∧

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Girl
$19.95  $22.95

ET Atari
$16.95  $19.95

Atari 2600
$28.95  $33.95

ET Atari
$17.95  $20.95        17 colors

Atari 2600
$22.95  $26.95        14 colors

Atari 2600
$26.95  $30.95

ET Atari
$21.99  $25.95        17 colors

ET Atari
$27.95  $32.95

Atari logo
$28.95  $33.85        11 colors

‹   1   ···   16   **17**   18   ···   50   ›

Back To Top  ⌃

https://teechip.com/search/atari/page/17

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI FADED
$24.95 $28.95        10 colors

Atari Girl
$18.95 $21.95        2 colors

ET Atari
$35.95 $41.95

Atari Joust
$28.95 $33.95

Atari Girl
$19.95 $23.95        16 colors

ATARI 1
$19.99 $23.95        12 colors

ATARI 1
$29.99 $34.95        11 colors

ATARI FADED
$24.99 $28.95        8 colors

Atari Nebula
$35.95 $41.95

‹   1   •••   16   17   18   •••   50   ›

Back To Top ⌃

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/19



Atari Joust
$28.95 $33.95

ET Atari
$18.95 $21.95          10 colors

ET Atari
$17.95 $20.95          17 colors

Atari logo
$38.95 $44.95          8 colors

ATARI 1
$24.99 $28.95          8 colors

Atari Joust
$26.95 $30.95

Atari 2600
$26.95 $30.95          10 colors

ATARI 1
$18.95 $21.95

Atari Joust
$25.95 $29.95

< 1 ... **19** 20 21 ... 50 >

Back To Top ^

1/7/19                                  atari Shirts, Hoodies, Posters, Mugs | TeeChip









ATARI FADED
$19.95  $22.95      6 colors

Atari Joust
$26.95  $30.95

Atari 2600
$26.95  $30.95      10 colors







ATARI 1
$18.95  $21.95

ET Atari
$25.95  $29.95

ET Atari
$26.95  $30.95







ET Atari
$42.95  $49.95

Atari Nebula
$22.95  $26.95

Atari Joust
$22.95  $26.95

‹    1    •••   19   **20**   21   •••   50   ›

Back **To Top** ⌃

https://teechip.com/search/atari/page/20

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/21



Atari Joust
**$42.95** $49.95

ET Atari
**$14.95** $17.95        17 colors

ATARI 1
**$24.95** $28.95        10 colors

ATARI FADED
**$29.99** $34.95        11 colors

Atari 2600
**$25.95** $29.95

Atari 2600
**$27.95** $32.95

Atari Nebula
**$19.95** $22.95

ATARI 1
**$16.95** $19.95        7 colors

Atari Girl
**$35.95** $41.95        17 colors

‹   1   ···   19   20   **21**   ···   50   ›

Back To Top ⌃

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/22

1/7/19                         atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI FADED
**$18.95** $21.95          7 colors

ET Atari
**$28.95** $33.95

Atari Joust
**$19.95** $22.95

Atari 2600
**$26.95** $30.95          12 colors

ET Atari
**$35.99** $41.95          11 colors

Atari Joust
**$14.95** $17.95

Atari 2600
**$28.95** $33.95          11 colors

ATARI 1
**$24.95** $28.95          4 colors

ET Atari
**$21.99** $25.95          16 colors

‹    1    ···   **22**   23   24   ···   **50**   ›

Back To Top  ∧

1/7/19                                 atari Shirts, Hoodies, Posters, Mugs | TeeChip



**TeeChip**          What are you looking for?                    Account ▾

Women    Men    Youth & Baby    Home & Living    Accessories    Jewelry

Home / Search Result "atari"

1,316 Search Results for

## "atari"

≡ Filter                    Showing 1,316 Items                              Sort: Top Selling ▾

**Category**    —

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**    +

Trending                              Trending

ET Atari                      Atari Nebula                   Atari logo
$35.99 $41.95   11 colors    $18.95 $21.95                  $24.95 $28.95   2 colors

Atari Girl                    ATARI FADED                    ATARI FADED
$26.95 $30.95   11 colors    $25.95 $29.95   5 colors       $27.95 $32.95   9 colors

ET Atari                      ET Atari                       ET Atari
$21.99 $25.95   7 colors     $14.95 $17.95                  $21.99 $25.95   18 colors

https://teechip.com/search/atari/page/23

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari 2600
**$28.95** $33.95          15 colors

Atari 2600
**$28.95** $33.95

ET Atari
**$26.95** $30.95

Atari Girl
**$28.95** $33.95        18 colors

ATARI FADED
**$16.95** $19.95        7 colors

ET Atari
**$17.95** $20.95

Atari 2600
**$35.95** $41.95        8 colors

Atari 2600
**$24.95** $28.95

Atari Nebula
**$14.95** $17.95

‹   1   •••   22   **23**   24   •••   50   ›

Back To Top ^

1/7/19                           atari Shirts, Hoodies, Posters, Mugs | TeeChip



https://teechip.com/search/atari/page/24

atari Shirts, Hoodies, Posters, Mugs | TeeChip



Isle Of Atari
**$24.95** $28.95

Atari Missile Command
**$21.99** $25.95    18 colors

Retro Atari Gaming Logo
**$36.99** $42.95    3 colors

ATARI JAGUAR RETRO CLASS...
**$25.99** $29.95    9 colors

ATARI ISLE OF DOGS
**$19.95** $22.95

Atari Classic Logo
**$26.00** $29.95    3 colors

ATARI JAGUAR RETRO CLASS...
**$32.99** $37.95    5 colors

ATARI JAGUAR RETRO CLASS...
**$19.99** $22.95    11 colors

Japanese Atari II
**$35.99** $41.95    18 colors

< 1 ··· 22 23 **24** ··· 50 >

Back To Top ^

https://teechip.com/search/atari/page/24

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Showing 1,317 Items

Sort: Top Selling

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Trending

ATARI JAGUAR RETRO CLASS...
$25.99 ~~$29.95~~ 9 colors

Trending

Atari Classic Logo
$26.00 ~~$29.95~~ 3 colors

ATARI ISLE OF DOGS
$19.95 ~~$22.95~~

ATARI JAGUAR RETRO CLASS...
$32.99 ~~$37.95~~ 5 colors

I played Atari
$35.95 ~~$41.95~~ 17 colors

ATARI JAGUAR RETRO CLASS...
$19.99 ~~$22.95~~ 11 colors

Japanese Atari II
$35.99 ~~$41.95~~ 18 colors

Japanese Atari II
$26.95 ~~$30.95~~ 3 colors

ATARI JAGUAR RETRO CLASS...
$24.95 ~~$28.95~~

1/7/19                            atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Jaguar Controller
$26.95  $30.95

Atari Isle Of Dogs
$25.95  $29.95          2 colors

ATARI JAGUAR RETRO CLASS...
$29.99  $34.95          11 colors

Atari Missile Command
$35.99  $41.95          18 colors

I played Atari
$19.95  $22.95          16 colors

GEEK Atari Denim Logo
$42.95  $49.95          5 colors

Atari 2600 tee shirt
$24.95  $28.95          3 colors

Atari Missile Command
$17.95  $20.95          17 colors

Isle Of Atari Dogs
$28.95  $33.95          7 colors

‹   1   •••   **25**   26   27   •••   50   ›

Back To Top  ⌃

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,317 Items

Sort: Top Selling

Trending

Japanese Atari II
$16.95 ~~$19.95~~ 2 colors

Trending

Japanese Atari II
$17.95 ~~$20.95~~ 17 colors

GEEK Atari Denim Logo
$25.95 ~~$29.95~~ 4 colors

I played Atari
$26.95 ~~$30.95~~ 11 colors

Atari Isle Of Dogs
$18.95 ~~$21.95~~ 17 colors

Atari Isle Of Dogs
$27.95 ~~$32.95~~ 15 colors

Atari Jaguar Controller
$42.95 ~~$49.95~~

Retro Atari Gaming Logo
$35.95 ~~$41.95~~ 10 colors

ATARI ISLE OF DOGS
$25.95 ~~$29.95~~ 3 colors



1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



| | | |
|---|---|---|
| Japanese Atari II | Atari Jaguar Controller | Atari Jaguar Controller |
| $35.99 $41.95   18 colors | $18.95 $21.95 | $28.95 $33.95 |
| Atari Jaguar Controller | ATARI JAGUAR RETRO CLASS... | Isle Of Atari |
| $19.95 $22.95 | $19.99 $22.95   12 colors | $27.95 $32.95   6 colors |
| Atari 2600 Love | Japanese Atari II | Japanese Atari II |
| $24.95 $28.95   3 colors | $22.95 $26.95 | $24.95 $28.95 |

<     1   ...   25   **26**   27   ...   50   >

Back To Top ^

TeeChip Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Showing 1,317 Items

Sort: Top Selling

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Trending

Japanese Atari II
$19.99 ~~$22.95~~ 4 colors

Trending

Atari Original Screen Logo
$14.95 ~~$17.95~~ 17 colors

Retro Atari Gaming Logo
$22.99 ~~$26.95~~ 18 colors

Atari - Original Screen Logo
$18.95 ~~$21.95~~ 5 colors

GEEK Atari Denim Logo
$21.95 ~~$25.95~~ 5 colors

Atari Isle Of Dogs
$14.95 ~~$17.95~~ 17 colors

RETRO ATARI GAMING LOGO
$14.95 ~~$17.95~~ 3 colors

I played Atari
$42.95 ~~$49.95~~ 18 colors

GEEK Atari Denim Logo
$25.95 ~~$29.95~~ 3 colors





Atari Isle Of Dogs
**$14.95** $17.95          2 colors

Atari Missile Command
**$21.99** $25.95          7 colors

Atari Jaguar Controller
**$19.95** $22.95

Atari Isle Of Dogs
**$35.95** $41.95          17 colors

atari t shirt
**$26.95** $30.95          11 colors

Atari Original Screen Logo
**$18.95** $21.95          17 colors

ATARI JAGUAR RETRO CLASS...
**$27.95** $32.95          9 colors

Atari 2600 tee shirt
**$22.95** $26.95          14 colors

I played Atari
**$27.95** $32.95          15 colors

‹    1    ···    25    26    **27**    ···    50    ›

Back To Top ^



TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home > Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,316 Items

Sort: Top Selling

Trending

I played Atari
$25.95 ~~$29.95~~ 6 colors

Trending

Atari Jaguar Controller
$19.95 ~~$22.95~~

Atari Isle Of Dogs
$35.95 ~~$41.95~~ 17 colors

atari t shirt
$26.95 ~~$30.95~~ 11 colors

Atari Original Screen Logo
$18.95 ~~$21.95~~ 17 colors

GEEK Atari Denim Logo
$19.95 ~~$22.95~~ 9 colors

I played Atari
$27.95 ~~$32.95~~ 15 colors

I played Atari
$17.95 ~~$20.95~~

ATARI JAGUAR RETRO CLASS...
$27.95 ~~$32.95~~ 9 colors

1/7/19                                         atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Missile Command
**$35.99** $41.95        18 colors

Atari Missile Command
**$16.95** $19.95        2 colors

Atari 2600 tee shirt
**$22.95** $26.95        18 colors

Atari 2600 Love
**$14.95** $17.95        17 colors

Isle Of Atari Dogs
**$42.95** $49.95        10 colors

Isle Of Atari
**$26.95** $30.95        5 colors

Retro Atari Gaming Logo
**$26.95** $30.95        12 colors

atari t shirt
**$42.95** $49.95        11 colors

atari t shirt
**$26.95** $30.95        11 colors

‹   1   ...   **28**   29   30   ...   50   ›

Back To Top ^

https://teechip.com/search/atari/page/28

TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home > Search Result "atari"

1,317 Search Results for

# "atari"

Filter

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Showing 1,317 Items

Sort: Top Selling

Trending

Retro Atari Gaming Logo
$26.95 ~~$30.95~~ 12 colors

Trending

atari t shirt
$42.95 ~~$49.95~~ 18 colors

atari t shirt
$26.95 ~~$30.95~~ 11 colors

ATARI JAGUAR RETRO CLASS...
$24.95 ~~$28.95~~ 4 colors

Atari Original Screen Logo
$21.99 ~~$25.95~~ 18 colors

Atari Missile Command
$17.95 ~~$20.95~~

I played Atari
$28.95 ~~$33.95~~ 13 colors

Isle Of Atari Dogs
$28.95 ~~$33.95~~ 9 colors

Japanese Atari II
$22.95 ~~$26.95~~ 9 colors






**Atari 400 Setup**
$26.95  $30.95          4 colors

**ATARI JAGUAR RETRO CLASS...**
$37.99  $43.95          5 colors

**ATARI JAGUAR RETRO CLASS...**
$35.95  $41.95          10 colors





**GEEK Atari Denim Logo**
$42.95  $49.95          8 colors

**I played Atari**
$18.95  $21.95          2 colors

**Isle Of Atari Dogs**
$42.95  $49.95          10 colors





**Atari 2600 tee shirt**
$27.95  $32.95          16 colors

**Atari 400 Setup**
$35.95  $41.95          3 colors

**Japanese Atari II**
$42.95  $49.95          11 colors

<        1     ···    28   **29**   30   ···   **50**    >

Back To Top  ^

TeeChip

Home Search Result "atari"

1,317 Search Results for

# "atari"

Filter

**Category**

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

**Color**

Showing 1,317 Items

**Sort:** Top Selling

Trending

Atari Jaguar Retro Classic
$28.95 ~~$33.95~~

Trending

Atari Jaguar Retro Classic
$26.95 ~~$30.95~~

Retro Atari Gaming Logo
$24.95 ~~$28.95~~ 2 colors

ATARI ISLE OF DOGS
$27.95 ~~$32.95~~ 7 colors

Japanese Atari II
$35.95 ~~$41.95~~ 3 colors

Isle Of Atari Dogs
$22.95 ~~$26.95~~ 8 colors

Japanese Atari II
$21.99 ~~$25.95~~ 7 colors

Atari Isle Of Dogs
$27.95 ~~$32.95~~ 16 colors

Atari Original Screen Logo tee...
$42.95 ~~$49.95~~ 18 colors



1/7/19                                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI JAGUAR RETRO CLASS...        GEEK Atari Denim Logo              Atari Isle Of Dogs
$19.99  $22.95        10 colors     $35.95  $41.95       8 colors      $16.95  $19.95        17 colors

Isle Of Atari Dogs                  Atari Isle Of Dogs                 Atari Isle Of Dogs
$26.95  $30.95        5 colors      $28.95  $33.95       6 colors      $35.95  $41.95        4 colors

Isle Of Atari Dogs                  Isle Of Atari Dogs                 Isle Of Atari Dogs
$25.95  $29.95        4 colors      $26.95  $30.95       5 colors      $27.95  $32.95        6 colors

‹    1    ...    28    29    **30**    ...    50    ›

Back To Top  ^

https://teechip.com/search/atari/page/30

1,316 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Retro Atari Gaming Logo
$24.95 $28.95 2 colors

Trending

Atari Original Screen Logo
$35.99 $41.95 18 colors

Atari Original Screen Logo
$35.99 $41.95 18 colors

Atari Original Screen Logo
$21.99 $25.95 13 colors

Atari Isle Of Dogs
$24.95 $28.95

Isle Of Atari Dogs
$27.95 $32.95 6 colors

GEEK Atari Denim Logo
$35.95 $41.95 8 colors

ATARI JAGUAR RETRO CLASS...
$19.99 $22.95 10 colors

Atari Isle Of Dogs
$16.95 $19.95 17 colors



1/7/19                           atari Shirts, Hoodies, Posters, Mugs | TeeChip



Isle Of Atari Dogs
**$26.95** ~~$30.95~~         5 colors

Atari Isle Of Dogs
**$28.95** ~~$33.95~~         6 colors

Atari Isle Of Dogs
**$35.95** ~~$41.95~~         4 colors

Isle Of Atari Dogs
**$25.95** ~~$29.95~~         4 colors

Isle Of Atari Dogs
**$26.95** ~~$30.95~~         5 colors

Isle Of Atari Dogs
**$27.95** ~~$32.95~~         6 colors

I played Atari
**$16.95** ~~$19.95~~         17 colors

Atari Original Screen Logo
**$21.99** ~~$25.95~~         7 colors

Atari Isle Of Dogs
**$18.95** ~~$21.95~~         16 colors

‹   1   ...   **31**   32   33   ...   **50**   ›

Back To Top ∧

https://teechip.com/search/atari/page/31

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Atari Jaguar Retro Classic
$25.95 ~~$29.95~~

Trending

Retro Atari Gaming Logo
$36.99 ~~$42.95~~ 18 colors

Retro Atari Gaming Logo
$36.99 ~~$42.95~~ 11 colors

Retro Atari Gaming Logo
$18.95 ~~$21.95~~

Atari Big Logo 1972
$35.99 ~~$41.95~~ 5 colors

Atari Big Logo 1972
$42.99 ~~$49.95~~ 8 colors

Isle Of Atari Dogs
$27.95 ~~$32.95~~ 6 colors

Atari Classic Logo
$26.95 ~~$30.95~~

Atari Jaguar Controller
$11.95 ~~$13.95~~



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari 2600 Love
**$18.95** $21.95            2 colors

Atari Missile Command
**$21.99** $25.95          13 colors

Atari Jaguar Controller
**$18.95** $21.95

ATARI JAGUAR RETRO CLASS...
**$24.95** $28.95            4 colors

ATARI JAGUAR RETRO CLASS...
**$25.99** $29.95            9 colors

ATARI JAGUAR RETRO CLASS...
**$18.95** $21.95            7 colors

Retro Atari Gaming Logo
**$22.99** $26.95          13 colors

Atari Isle Of Dogs
**$25.95** $29.95            4 colors

Isle Of Atari Dogs
**$25.95** $29.95            4 colors

‹   1   ...   31   **32**   33   ...   50   ›

Back To Top ⌃



TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,316 Search Results for

# "atari"

Filter

**Category** —

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Showing 1,316 Items

Sort: Top Selling

Trending

ATARI DENIM LOGO
$23.99 ~~$27.95~~ 5 colors

Trending

Isle Of Atari Dogs
$25.95 ~~$29.95~~ 4 colors

ATARI ISLE OF DOGS
$33.95 ~~$39.95~~ 6 colors

Isle Of Atari Dogs
$27.95 ~~$32.95~~ 6 colors

Atari Original Screen Logo
$35.99 ~~$41.95~~ 18 colors

Atari Original Screen Logo
$35.99 ~~$41.95~~ 18 colors

Atari Original Screen Logo
$21.99 ~~$25.95~~ 13 colors

Atari Isle Of Dogs
$24.95 ~~$28.95~~

Retro Atari Gaming Logo
$24.95 ~~$28.95~~ 2 colors

1/7/19                         atari Shirts, Hoodies, Posters, Mugs | TeeChip







ATARI JAGUAR RETRO CLASS...       ATARI JAGUAR RETRO CLASS...       GEEK Atari Denim Logo
$39.99 $45.95         10 colors   $18.95 $21.95                     $24.95 $28.95         2 colors







Atari Classic Logo                Atari Classic Logo                Atari Isle Of Dogs
$25.00 $28.95         4 colors    $19.00 $21.95         3 colors    $28.95 $33.95         5 colors







Retro Atari Gaming Logo           Isle Of Atari Dogs                Atari 2600 tee shirt
$14.95 $17.95        11 colors    $28.95 $33.95         9 colors    $22.95 $26.95        17 colors

<       1    ...    31    32    **33**    ...    50    >

Back To Top ∧



TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home · Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Showing 1,316 Items

Sort: Top Selling

**Category** —

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Trending

ATARI JAGUAR RETRO CLASS...
$18.95 ~~$21.95~~

Trending

Atari Jaguar Controller
$28.95 ~~$33.95~~

Atari Jaguar Retro Classic
$26.95 ~~$30.95~~

Atari Jaguar Retro Classic
$19.95 ~~$22.95~~

Atari Isle Of Dogs
$25.95 ~~$29.95~~ 5 colors

Retro Atari Gaming Logo
$22.95 ~~$25.95~~ 13 colors

Atari 2600 Love
$26.95 ~~$30.95~~ 11 colors

Atari 2600 Love
$42.95 ~~$49.95~~ 18 colors

I played Atari
$14.95 ~~$17.95~~ 17 colors

1/7/19                                          atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI JAGUAR RETRO CLASS...
**$24.95** $28.95          10 colors

Atari Jaguar Retro Classic
**$18.95** $21.95

Atari Jaguar Retro Classic
**$27.95** $32.95

GEEK Atari Denim Logo
**$24.95** $28.95          2 colors

ATARI JAGUAR RETRO CLASS...
**$39.99** $45.95          10 colors

Atari Isle Of Dogs
**$26.95** $30.95          5 colors

Isle Of Atari Dogs
**$22.95** $26.95          8 colors

ATARI JAGUAR RETRO CLASS...
**$25.95** $29.95          5 colors

Japanese Atari II
**$16.95** $19.95

‹      1      · · ·    **34**    35    36    · · ·    50    ›

Back To Top  ⌃

https://teechip.com/search/atari/page/34

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Showing 1,317 Items

Sort: Top Selling

**Category**

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

**Color** +

Trending

Retro Atari Gaming Logo
$22.99 ~~$26.95~~ 7 colors

Trending

Atari Classic Logo
$32.00 ~~$36.95~~

Atari Classic Logo
$42.95 ~~$49.95~~ 15 colors

Atari Classic Logo
$22.95 ~~$26.95~~ 12 colors

Retro Atari Gaming Logo
$28.95 ~~$33.95~~ 12 colors

Isle Of Atari Dogs
$28.95 ~~$33.95~~ 9 colors

Japanese Atari II
$21.99 ~~$25.95~~ 17 colors

GEEK Atari Denim Logo
$23.95 ~~$27.95~~ 7 colors

Isle Of Atari
$25.95 ~~$29.95~~ 4 colors



1/7/19                                    atari Shirts, Hoodies, Posters, Mugs | TeeChip







Atari Isle Of Dogs
**$18.95** $21.95          2 colors

Retro Atari Gaming Logo
**$22.95** $26.95          15 colors

Atari Original Screen Logo
**$16.95** $19.95






Atari Original Screen Logo
**$16.95** $19.95          2 colors

ATARI JAGUAR RETRO CLASS...
**$25.99** $29.95          9 colors

Retro Atari Gaming Logo
**$17.95** $20.95          17 colors







Atari 400 Setup
**$27.95** $32.95          5 colors

Japanese Atari II
**$27.95** $32.95

Atari Big Logo 1972
**$21.95** $25.95          10 colors

<        1    ···    34    **35**    36    ···    50    >

Back To Top  ∧

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,317 Items

Sort: Top Selling

Trending

Atari Big Logo 1972
$29.99 ~~$34.95~~ 8 colors

Trending

Atari Big Logo 1972
$21.95 ~~$25.95~~

Atari Isle Of Dogs
$26.95 ~~$30.95~~ 13 colors

Isle Of Atari Dogs
$28.95 ~~$33.95~~ 7 colors

Atari Classic Logo
$22.95 ~~$26.95~~ 15 colors

ATARI DENIM LOGO
$32.99 ~~$37.95~~ 5 colors

Japanese Atari II
$21.99 ~~$25.95~~ 16 colors

Retro Atari Gaming Logo
$28.95 ~~$33.95~~ 13 colors

Atari Isle Of Dogs
$24.95 ~~$28.95~~ 3 colors



Atari Isle Of Dogs
**$26.95** $30.95          2 colors

Isle Of Atari Dogs
**$22.95** $26.95          10 colors

I played Atari
**$17.95** $20.95

I played Atari
**$26.95** $30.95          13 colors

Atari Original Screen Logo tee...
**$25.95** $29.95          7 colors

Miner 2049er Atari
**$20.95** $24.95          9 colors

Atari Isle Of Dogs
**$26.95** $30.95          11 colors

Atari Isle Of Dogs
**$14.95** $17.95          17 colors

atari t shirt
**$22.95** $26.95          16 colors

< 1 ... **34 35 36** ... 50 >

Back To Top ^

TeeChip

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,317 Search Results for

# "atari"

Filter

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color** +

Showing 1,317 Items

Sort: Top Selling

Trending

Isle Of Atari
$22.95 ~~$26.95~~ 8 colors

Trending

Isle Of Atari Dogs
$24.95 ~~$28.95~~

Atari Missile Command
$14.95 ~~$17.95~~ 17 colors

Atari Missile Command
$17.95 ~~$20.95~~ 17 colors

Japanese Atari II
$22.95 ~~$26.95~~ 4 colors

I played Atari
$19.95 ~~$22.95~~ 12 colors

Retro Atari Gaming Logo
$43.99 ~~$50.95~~ 18 colors

Japanese Atari II
$26.95 ~~$30.95~~

Atari - Original Screen Logo
$18.95 ~~$21.95~~ 5 colors

1/7/19                                     atari Shirts, Hoodies, Posters, Mugs | TeeChip



Japanese Atari II
**$28.95** ~~$33.95~~        11 colors

Ateri Big Logo 1972
**$25.99** ~~$29.95~~        5 colors

Atari Isle Of Dogs
**$35.95** ~~$41.95~~        6 colors

ATARI DENIM LOGO
**$24.99** ~~$28.95~~        5 colors

Atari Classic Logo
**$24.95** ~~$28.95~~        2 colors

atari t shirt
**$35.95** ~~$41.95~~        17 colors

Atari Jaguar Controller
**$35.95** ~~$41.95~~

I played Atari
**$19.95** ~~$22.95~~        16 colors

Japanese Atari II
**$35.99** ~~$41.95~~        3 colors

<      1    ···  **37**  38  39  ···  **50**  >

Back To Top ⌃

https://teechip.com/search/atari/page/37

1,316 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Atari Isle Of Dogs
$11.95 $13.95 16 colors

Trending

ATARI JAGUAR RETRO CLASS...
$19.99 $22.95 10 colors

I played Atari
$24.95 $28.95 3 colors

Atari 2600 Love
$22.95 $26.95 18 colors

Atari 2600 Love
$19.95 $22.95 16 colors

Japanese Atari II
$21.99 $25.95 18 colors

GEEK Atari Denim Logo
$22.95 $26.95

Atari Missile Command
$35.99 $41.95 3 colors

Atari Missile Command
$18.95 $21.95 10 colors



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Original Screen Logo
$35.99  $41.95          3 colors

Isle Of Atari
$28.95  $33.95          9 colors

Atari Big Logo 1972
$25.99  $29.95          5 colors

Retro Atari Gaming Logo
$43.99  $50.95          18 colors

Japanese Atari II
$26.95  $30.95

Atari - Original Screen Logo
$18.95  $21.95          5 colors

Japanese Atari II
$28.95  $33.95          11 colors

Atari Classic Logo
$24.95  $28.95          2 colors

Atari Isle Of Dogs
$35.95  $41.95          6 colors

‹   1   ...   37  **38**  39   ...   50   ›

Back To Top  ^

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,317 Items

Sort: Top Selling

Trending

Atari Isle Of Dogs
$11.95 $13.95 16 colors

Trending

ATARI JAGUAR RETRO CLASS...
$19.99 $22.95 10 colors

I played Atari
$24.95 $28.95 3 colors

Atari 2600 Love
$22.95 $26.95 18 colors

Atari 2600 Love
$19.95 $22.95 16 colors

Japanese Atari II
$21.99 $25.95 18 colors

Atari Missile Command
$35.99 $41.95 3 colors

Atari Missile Command
$18.95 $21.95 10 colors

Atari Original Screen Logo
$35.99 $41.95 3 colors



1/7/19                                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Isle Of Atari
$28.95  $33.95            9 colors

GEEK Atari Denim Logo
$22.95  $26.95

Atari 400 Setup
$24.95  $28.95            2 colors

GEEK Atari Denim Logo
$28.95  $33.95            9 colors

Atari Jaguar Controller
$27.95  $33.95

Isle Of Atari Dogs
$42.95  $49.95            10 colors

ATARI ISLE OF DOGS
$22.95  $26.95            7 colors

atari t shirt
$28.95  $33.95            18 colors

Isle Of Atari Dogs
$26.95  $30.95            6 colors

<   1   ...   37   38   **39**   ...   50   >

Back To Top  ^

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home › Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Japanese Atari II
$28.95 ~~$32.95~~

Trending

Atari Jaguar Controller
$14.95 ~~$17.95~~

Atari Adventure 83
$38.95 ~~$44.95~~

Miner 2049er Atari
$27.95 ~~$32.95~~ 10 colors

ATARI DENIM LOGO
$22.99 ~~$26.95~~ 5 colors

Japanese Atari II
$18.95 ~~$21.95~~ 10 colors

Atari Jaguar Controller
$27.95 ~~$32.95~~

GEEK Atari Denim Logo
$24.95 ~~$28.95~~ 2 colors

Atari Isle Of Dogs
$19.95 ~~$22.95~~ 5 colors

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Japanese Atari II
**$38.99** $44.95          4 colors

Japanese Atari II
**$19.95** $22.95          8 colors

Atari Isle Of Dogs
**$27.95** $32.95          4 colors

Atari 400 Setup
**$24.95** $28.95          2 colors

Atari Jaguar Controller
**$27.95** $32.95

GEEK Atari Denim Logo
**$28.95** $33.95          9 colors

Isle Of Atari Dogs
**$42.95** $49.95          10 colors

ATARI ISLE OF DOGS
**$22.95** $26.95          7 colors

atari t shirt
**$28.95** $33.95          18 colors

‹      1      ···    **40**   41   42   ···   50   ›

Back To Top  ∧

https://teechip.com/search/atari/page/40

TeeChip

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Showing 1,316 Items

Sort: Top Selling

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Trending

Japanese Atari II
$16.95 ~~$19.95~~ 17 colors

Trending

Japanese Atari II
$17.95 ~~$20.95~~ 17 colors

I played Atari
$22.95 ~~$26.95~~ 18 colors

I played Atari
$19.95 ~~$22.95~~ 12 colors

Atari Jaguar Controller
$25.95 ~~$29.95~~

Atari Jaguar Controller
$26.95 ~~$30.95~~

Isle Of Atari Dogs
$22.95 ~~$26.95~~ 8 colors

Isle Of Atari Dogs
$26.95 ~~$30.95~~ 6 colors

Isle Of Atari Dogs
$26.95 ~~$30.95~~ 5 colors



1/7/19                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Adventure 83
**$42.95** $49.95          18 colors

Atari 400 Setup
**$26.95** $30.95          4 colors

ATARI JAGUAR RETRO CLASS...
**$27.95** $32.95          9 colors

Miner 2049er Atari
**$25.95** $29.95          7 colors

Atari Classic Logo
**$23.00** $26.95          4 colors

Atari Classic Logo
**$28.95** $33.95          15 colors

Atari Original Screen Logo
**$17.95** $20.95          17 colors

Retro Atari Gaming Logo
**$42.95** $49.95          10 colors

Isle Of Atari Dogs
**$28.95** $33.95          9 colors

‹    1    ···    40    **41**    42    ···    50    ›

Back To Top  ⌃



TeeChip  What are you looking for?  Account

Women  Men  Youth & Baby  Home & Living  Accessories  Jewelry

Home / Search Result "atori"

1,317 Search Results for

# "atari"

Filter

Showing 1,317 Items

Sort: Top Selling

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Trending

Atari Original Screen Logo
$21.99 ~~$25.95~~ 18 colors

Trending

Atari Original Screen Logo
$21.99 ~~$25.95~~ 17 colors

Isle Of Atari Dogs
$24.95 ~~$28.95~~

Atari Isle Of Dogs
$25.95 ~~$29.95~~ 7 colors

Atari 2600 tee shirt
$28.95 ~~$33.95~~ 18 colors

Atari Isle Of Dogs
$28.95 ~~$33.95~~ 17 colors

GEEK Atari Denim Logo
$38.95 ~~$44.95~~ 6 colors

Atari Jaguar Controller
$18.95 ~~$21.95~~

Retro Atari Gaming Logo
$26.95 ~~$30.95~~ 10 colors

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



ATARI JAGUAR RETRO CLASS...        atari t shirt                  Atari Isle Of Dogs
$22.99 $26.95        5 colors       $25.95 $29.95      6 colors    $42.95 $49.95        5 colors

Retro Atari Gaming Logo            Atari 2600 Love                ATARI JAGUAR RETRO CLASS...
$26.95 $30.95       11 colors       $16.95 $19.95                  $19.95 $22.95       6 colors

Atari Jaguar Controller            Atari Jaguar Controller        Atari Original Screen Logo
$22.95 $26.95                       $42.95 $49.95                  $21.99 $25.95       18 colors

‹    1    ...    40    41    **42**    ...    50    ›

Back To Top  ⌃

https://teechip.com/search/atari/page/42

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,317 Items

Sort: Top Selling

Trending

Atari Isle Of Dogs
$17.95 ~~$20.95~~ 17 colors

Trending

Miner 2049er Atari
$25.95 ~~$29.95~~ 7 colors

Retro Atari Gaming Logo
$22.95 ~~$26.95~~ 14 colors

Atari Classic Logo
$28.95 ~~$33.95~~ 13 colors

Retro Atari Gaming Logo
$27.95 ~~$32.95~~ 9 colors

ATARI JAGUAR RETRO CLASS...
$24.99 ~~$28.95~~ 5 colors

ATARI DENIM LOGO
$37.99 ~~$43.95~~ 5 colors

ATARI ISLE OF DOGS
$24.95 ~~$28.95~~ 2 colors

Atari 2600 Love
$27.95 ~~$32.95~~ 15 colors

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



I played Atari
**$19.95** $22.95

Atari Adventure 83
**$38.95** $44.95

ATARI JAGUAR RETRO CLASS...
**$24.99** $28.95        3 colors

Japanese Atari II
**$28.95** $33.95

Atari Jaguar Controller
**$14.95** $17.95

Miner 2049er Atari
**$27.95** $33.95        10 colors

ATARI DENIM LOGO
**$22.99** $26.95        5 colors

Japanese Atari II
**$18.95** $21.95        10 colors

Atari Jaguar Controller
**$27.95** $32.95

‹   1   ···   **43**   44   45   ···   50   ›

Back To Top  ⌃

https://teechip.com/search/atari/page/43

TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home / Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,317 Items

Sort: Top Selling

Trending

Japanese Atari II
$38.99 ~~$44.95~~ 4 colors

Trending

Japanese Atari II
$19.95 ~~$22.95~~ 8 colors

GEEK Atari Denim Logo
$24.95 ~~$28.95~~ 2 colors

Atari Isle Of Dogs
$27.95 ~~$32.95~~ 4 colors

Atari Isle Of Dogs
$19.95 ~~$22.95~~ 5 colors

Miner 2049er Atari
$37.95 ~~$43.95~~ 10 colors

Atari 400 Setup
$42.95 ~~$49.95~~ 5 colors

Retro Atari Gaming Logo
$42.95 ~~$49.95~~ 14 colors

ATARI ISLE OF DOGS
$28.95 ~~$33.95~~ 3 colors



1/7/19                            atari Shirts, Hoodies, Posters, Mugs | TeeChip



Atari Jaguar Controller
**$24.95** $28.95

Atari Jaguar Controller
**$28.95** $33.95

GEEK Atari Denim Logo
**$24.95** $28.95          2 colors

Isle Of Atari Dogs
**$26.95** $30.95     6 colors

Atari 2600 Love
**$35.95** $41.95     17 colors

Atari Original Screen Logo tee...
**$28.95** $33.95     19 colors

Atari Original Screen Logo tee...
**$26.95** $30.95     13 colors

Japanese Atari II
**$26.95** $30.95     7 colors

Atari Jaguar Retro Classic
**$16.95** $19.95

‹   1   ...   **43**   **44**   45   ...   **50**   ›

Back To Top ∧

https://teechip.com/search/atari/page/44

TeeChip

Home · Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,316 Items

Sort: Top Selling

Trending

Atari Jaguar Controller
$22.95 ~~$26.95~~

Trending

Atari Jaguar Controller
$42.95 ~~$49.95~~

Atari Original Screen Logo
$21.99 ~~$25.95~~ 18 colors

Atari 400 Setup
$42.95 ~~$49.95~~ 5 colors

Miner 2049er Atari
$37.95 ~~$43.95~~ 10 colors

Retro Atari Gaming Logo
$42.95 ~~$49.95~~ 14 colors

ATARI ISLE OF DOGS
$28.95 ~~$33.95~~ 3 colors

Atari Jaguar Controller
$24.95 ~~$28.95~~

Atari Jaguar Controller
$28.95 ~~$33.95~~









GEEK Atari Denim Logo
**$24.95** $28.95            2 colors

Isle Of Atari Dogs
**$26.95** $30.95        6 colors

Atari 2600 Love
**$35.95** $41.95        17 colors







Atari Original Screen Logo tee...
**$28.95** $33.95        18 colors

Atari Original Screen Logo tee...
**$22.95** $26.95        17 colors

Atari - Original Screen Logo
**$21.95** $35.95        2 colors







Atari Jaguar Controller
**$25.95** $29.95

Atari Jaguar Retro Classic
**$14.95** $17.95

GEEK Atari Denim Logo
**$35.95** $41.95        10 colors

‹   1   ...   43   44   **45**   ...   50   ›

Back To Top ^

https://teechip.com/search/atari/page/45

TeeChip

What are you looking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home > Search Result "atari"

**1,317** Search Results for

# "atari"

Filter

**Category**

Women

Men

Youth & Baby

Home & Living

Accessories

**Color**

Showing 1,317 Items

**Sort:** Top Selling

Trending

Atari Jaguar Controller

$35.95 ~~$41.95~~

Trending

Atari 400 Setup

$22.95 ~~$26.95~~ 5 colors

Atari Adventure 83

$18.95 ~~$21.95~~ 2 colors

Atari Isle Of Dogs

$24.95 ~~$28.95~~ 2 colors

Atari Classic Logo

$22.00 ~~$25.95~~

I played Atari

$35.95 ~~$41.95~~ 17 colors

GEEK Atari Denim Logo

$38.95 ~~$44.95~~ 7 colors

ATARI JAGUAR RETRO CLASS...

$18.95 ~~$21.95~~ 7 colors

ATARI JAGUAR RETRO CLASS...

$25.99 ~~$29.95~~ 9 colors

1/7/19                                    atari Shirts, Hoodies, Posters, Mugs | TeeChip



I played Atari
**$19.95** $22.95

Atari Original Screen Logo tee...
**$22.95** $26.95          17 colors

Atari Big Logo 1972
**$23.95** $27.95          8 colors

Atari 400 Setup
**$28.95** $33.95          4 colors

Atari - Original Screen Logo
**$35.95** $41.95          5 colors

Atari Isle Of Dogs
**$22.95** $26.95          19 colors

ATARI ISLE OF DOGS
**$38.95** $44.95          7 colors

I played Atari
**$22.95** $26.95          18 colors

Atari Missile Command
**$21.99** $26.95          18 colors

<     1   ...   **46**   47   48   49   50   >

Back To Top ⌃

TeeChip

What are you thinking for?

Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home Search Result "atari"

1,317 Search Results for

# "atari"

Filter

Category

Women

Men

Youth & Baby

Home & Living

Accessories

Color

Showing 1,317 Items

Sort: Top Selling

Trending

Japanese Atari II
$28.95 ~~$33.95~~ 4 colors

Trending

Japanese Atari II
$38.95 ~~$44.95~~ 7 colors

GEEK Atari Denim Logo
$28.95 ~~$33.95~~ 10 colors

I played Atari
$28.95 ~~$33.95~~ 18 colors

Atari Jaguar Controller
$16.95 ~~$19.95~~

Atari Original Screen Logo tee...
$22.95 ~~$26.95~~ 17 colors

Atari Jaguar Retro Classic
$35.95 ~~$41.95~~

GEEK Atari Denim Logo
$39.95 ~~$45.95~~ 7 colors

Retro Atari Gaming Logo
$25.95 ~~$29.95~~ 7 colors

1/7/19                          atari Shirts, Hoodies, Posters, Mugs | TeeChip




Retro Atari Gaming Logo          RETRO ATARI GAMING LOGO        Atari 2600 Love
$35.95 $41.95        8 colors    $38.95 $44.95                  $17.95 $20.95





Isle Of Atari Dogs               Atari Original Screen Logo     Atari Original Screen Logo
$24.95 $28.95                    $17.95 $20.95                  $17.95 $20.95        17 colors





I played Atari                   Atari Missile Command          GEEK Atari Denim Logo
$26.95 $30.95        13 colors   $16.95 $19.95        17 colors $35.95 $41.95        5 colors

<        1    ...    46   **47**   48   49   50    >

Back To Top ^

https://teechip.com/search/atari/page/47

TeeChip What are you looking for? Account

Women Men Youth & Baby Home & Living Accessories Jewelry

Home > Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category

- Women
- Men
- Youth & Baby
- Home & Living
- Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Atari 400 Setup
$28.95 ~~$33.95~~ 4 colors

Trending

Atari - Original Screen Logo
$35.95 ~~$41.95~~ 5 colors

Atari Isle Of Dogs
$22.95 ~~$26.95~~ 18 colors

ATARI ISLE OF DOGS
$38.95 ~~$44.95~~ 7 colors

I played Atari
$22.95 ~~$26.95~~ 18 colors

Atari Missile Command
$21.99 ~~$25.95~~ 18 colors

Japanese Atari II
$28.95 ~~$33.95~~ 4 colors

Japanese Atari II
$38.95 ~~$44.95~~ 7 colors

GEEK Atari Denim Logo
$28.95 ~~$33.95~~ 10 colors



1/7/19                     atari Shirts, Hoodies, Posters, Mugs | TeeChip



I played Atari
$28.95  $33.95          18 colors

Atari Jaguar Controller
$16.95  $19.95

ATARI JAGUAR RETRO CLASS...
$18.95  $21.95          7 colors

GEEK Atari Denim Logo
$35.95  $41.95          5 colors

Atari Adventure 83
$28.95  $33.95          18 colors

Atari Adventure 83
$26.95  $30.95          13 colors

Atari Adventure 83
$14.95  $17.95          17 colors

Atari Classic Logo
$20.00  $23.95          3 colors

ATARI ISLE OF DOGS
$26.95  $30.95          4 colors

‹   1   ...   46   47   **48**   49   50   ›

Back To Top ^

https://teechip.com/search/atari/page/48

1/7/19                               atari Shirts, Hoodies, Posters, Mugs | TeeChip

〰️ TeeChip          🔍 What are you looking for?              👤 Account ∨        🛒

Women    Men    Youth & Baby    Home & Living    Accessories    Jewelry

Home  ›  Search Result "atari"

**1,316** Search Results for

## "atari"

≡ Filter                    Showing **1,316** Items                                    ≡ Sort: **Top Selling** ∨

**Category**          —

Women              `Trending`                    `Trending`

Men

Youth & Baby

Home & Living

Accessories

**Color**             +

Atari 2600 tee shirt          Japanese Atari II              Atari Missile Command
**$26.95**  $30.95            **$16.95**  $19.95              **$21.99**  $25.95
                11 colors                                                  16 colors



I played Atari                Atari Isle Of Dogs            Retro Atari Gaming Logo
**$26.95**  $30.95            **$26.95**  $30.95            **$25.95**  $29.95
                11 colors                      3 colors                    6 colors





Japanese Atari II             Atari Jaguar Retro Classic    GEEK Atari Denim Logo
**$27.95**  $32.95            **$22.95**  $26.95            **$34.95**  $40.95
                4 colors                                                  3 colors

1/7/19                              atari Shirts, Hoodies, Posters, Mugs | TeeChip



Japanese Atari II
**$28.95** $33.95

Japanese Atari II
**$22.95** $26.95

Atari 400 Setup
**$22.95** $26.95          4 colors

Atari Adventure 83
**$27.95** $32.95     16 colors

Isle Of Atari Dogs
**$24.95** $28.95

atari t shirt
**$28.95** $33.95     18 colors

Japanese Atari II
**$28.95** $33.95     4 colors

Isle Of Atari
**$42.95** $49.95     10 colors

Isle Of Atari Dogs
**$42.95** $49.95     10 colors

<     1   ···   46   47   48   **49**   50   >

Back To Top  ^

https://teechip.com/search/atari/page/49

TeeChip

Home Search Result "atari"

1,316 Search Results for

# "atari"

Filter

Category —

Women

Men

Youth & Baby

Home & Living

Accessories

Color +

Showing 1,316 Items

Sort: Top Selling

Trending

Atari Isle Of Dogs
$22.95 $26.95 4 colors

Trending

I played Atari
$42.95 $49.95 18 colors

GEEK Atari Denim Logo
$35.95 $41.95 9 colors

Atari Original Screen Logo
$17.95 $20.95 17 colors

GEEK Atari Denim Logo
$39.95 $45.95 7 colors

Atari Jaguar Retro Classic
$35.95 $41.95

Retro Atari Gaming Logo
$25.95 $29.95 7 colors

Retro Atari Gaming Logo
$35.95 $41.95 8 colors

RETRO ATARI GAMING LOGO
$38.95 $44.95






Isle Of Atari Dogs
**$24.95** ~~$28.95~~

Atari 2600 Love
**$17.95** ~~$20.95~~

I played Atari
**$26.95** ~~$30.95~~          13 colors





Atari Original Screen Logo
**$17.95** ~~$20.95~~

Atari Original Screen Logo
**$17.95** ~~$20.95~~          17 colors

Atari Missile Command
**$16.95** ~~$19.95~~          17 colors





Atari Original Screen Logo tee...
**$28.95** ~~$33.95~~          18 colors

Atari Original Screen Logo tee...
**$25.95** ~~$29.95~~          7 colors

Atari Isle Of Dogs
**$28.95** ~~$33.95~~          18 colors

<     1    ...   46    47    48    49    **50**    >

Back To Top  ^