# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> OOSHIRTS, INC., <br><br> Defendant(s) | Case No. 3:19-cv-00264-JST <br><br> *[Related to Cases No. 3:18-cv-03451-JST, 3:18-cv-04115-JST; 3:18-cv-04949-JST]* <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: March 29, 2019        Signed  /s/ Fred Chesnais
                                         Party
                        Fred Chesnais on behalf of Atari Interactive, Inc.

Date: March 29, 2019        Signed  /s/ Keith J. Wesley
                                         Attorney
                                  Keith J. Wesley

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process
☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  March 29, 2019        Signed  /s/ Keith J. Wesley
                                         Attorney
                                  Keith J. Wesley

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*1229742.1 Form ADR-Cert rev. 11-2016*


American LegalNet, Inc.
www.FormsWorkFlow.com