CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
**RIDDER, COSTA & JOHNSTONE LLP**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975
Attorneys for Defendant
OOSHIRTS, INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br>   Plaintiff, <br> <br> v. <br> <br> OOSHIRTS, INC., <br>   Defendant. | Case No. 3:19-cv-00264-JST <br> <br> DECLINATION TO MAGISTRATE JUDGE JURISDICTION. |

## Decline Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), Defendant ooShirts, Inc., **declines** to have a United States magistrate judge conduct all further proceedings in this case and hereby requests that this case be reassigned to a United States district judge.

Dated: April 10, 2019

By:  /s/ Chris K. Ridder
CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
**RIDDER, COSTA & JOHNSTONE LLP**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Defendant OOSHIRTS, INC.

# DECLARATION OF SERVICE

I, Benjamin A. Costa, hereby declare:

I am over eighteen years of age and not a party to the within cause. My business address is 12 Geary Street, Suite 701, San Francisco, CA 94108. Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Defendant ooShirts Inc. and that on this 10th day of April, 2019, I caused this DECLINATION TO MAGISTRATE JUDGE JURISDICTION to be served by the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of April, 2019, at San Francisco, California.

By:     /s/ Benjamin A. Costa
Benjamin A. Costa
State Bar No. 245953
**RIDDER, COSTA & JOHNSTONE LLP**
12 Geary Street
Suite 701
San Francisco, CA 94108

Attorneys for Defendant ooShirts, Inc.