AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Atari Interactive, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-00264-JST |
| OOShirts, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OOShirts, Inc.

Date: 04/15/2019

/s/ Kim D. Ashley
*Attorney's signature*

Kim D. Ashley
*Printed name and bar number*

Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017

*Address*

kashley@veatchfirm.com
*E-mail address*

(213) 381-2861
*Telephone number*

(213) 383-6370
*FAX number*