# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: April 17, 2019                                                           Judge:  Jon S. Tigar

Time: 29 minutes

Case No.        **3:18-cv-03451-JST**
Case Name       **Atari Interactive, Inc. v. Redbubble, Inc.**

Case No.        **3:18-cv-04115-JST**
Case Name       **Atari Interactive, Inc. v. TP Apparel, LLC, et al.**

Case No.        **3:18-cv-04949-JST**
Case Name       **Atari Interactive, Inc. v. SunFrog, LLC**

Case No.        **3:19-cv-00264-JST**
Case Name       **Atari Interactive, Inc. v. ooShirts, Inc.**

Attorney for Plaintiff:          Keith J. Wesley

Attorneys for Defendants:        *Redbubble, Inc.*
                                 Joshua M. Masur
                                 Kenneth B. Wilson

                                 *TP Apparel, LLC, et al.*
                                 David H. Boren

                                 *SunFrog, LLC*
                                 Michael D. Kanach
                                 Nicholas Ranallo

                                 *ooShirts, Inc.*
                                 Kevin R. Lussier

Deputy Clerk:  William Noble                          Court Reporter: Not reported

<u>PROCEEDINGS</u>

Case management conferences.

<u>RESULT OF HEARING</u>

1. The Court encourages the parties to think creatively about methods for producing early case value information. For example, the parties may jointly request the Court decide a motion in limine at any time in the case, even if the motion would normally be heard at the pretrial conference. Any proposal in this regard must be made jointly.

2. The parties may jointly request the Court set a further case management conference by contacting the Courtroom Deputy Clerk at jstcrd@cand.uscourts.gov.

3. The Court set the following schedule for *Atari Interactive, Inc. v. ooShirts, Inc.* 3:19-cv-00264-JST:

| | |
|---|---|
| Add parties or amend pleadings | May 31, 2019 |
| Fact discovery cut-off | March 27, 2020 |
| Expert disclosure | February 21, 2020 |
| Expert rebuttal | March 13, 2020 |
| Expert discovery cut-off | March 27, 2020 |
| Dispositive motion filing date | April 27, 2020 |
| Pretrial statement | July 24, 2020 |
| Jury Trial | August 24, 2020 |

4. The parties in *Atari Interactive, Inc. v. ooShirts, Inc.* 3:19-cv-00264-JST, were referred to private mediation with a completion deadline of July 26, 2019.

5. The Court took under submission the proposed schedules for the remainder of the cases.