UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> OOSHIRTS, INC., <br><br> Defendant. | Case No. 19-cv-00264-JST <br><br> **SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings[1] | May 31, 2019 |
| Mediation deadline | July 26, 2019 |
| Expert disclosures | February 21, 2020 |
| Expert rebuttal | March 13, 2020 |
| Fact and expert discovery cut-off | March 27, 2020 |
| Deadline to file dispositive motions | April 17, 2020 |
| Pretrial conference statement due | July 24, 2020 |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Pretrial conference | July 31, 2020 at 2:00 p.m. |
| Trial | August 24, 2020 at 8:00 a.m. |
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.

This case is referred to private mediation.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated:  April 17, 2019



_____
JON S. TIGAR
United States District Judge