AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

ATARI INTERACTIVE, INC. )
*Plaintiff* )
v. ) Case No. 4:19-cv-00264 JST
OOSHIRTS, INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ATARI INTERACTIVE, INC.

Date: September 19, 2019                          /s/Milin Chun
                                                              *Attorney's signature*

                                                   Milin Chun SBN 262674
                                                        *Printed name and bar number*
                                                   BROWNE GEORGE ROSS LLP
                                                   2121 Avenue of the Stars
                                                   Suite 2800
                                                   Los Angeles, California 90067
                                                                    *Address*

                                                   mchun@bgrfirm.com
                                                              *E-mail address*

                                                   (310) 274-7100
                                                           *Telephone number*

                                                   (310) 275-5697
                                                              *FAX number*

1340723.1

