BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
Milin Chun (State Bar No. 262674)
  mchun@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,,<br><br>               Plaintiff,<br><br>     vs.<br><br>OOSHIRTS, INC.,<br><br>               Defendant. | Case No. 4:19-cv-00264-JST<br>[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:18-cv-03451-JST]<br><br>**PLAINTIFF ATARI INTERACTIVE, INC.'S SUPPLEMENTAL NOTICE OF PENDING ACTION REGARDING COPYRIGHT**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Pretrial Conf.:  July 31, 2020<br>Trial Date:      August 24. 2020 |

1376406.1

Case No. 4:19-cv-00264-JST

ATARI'S SUPPLEMENTAL COPYRIGHT NOTICE

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Atari is hereby filing the supplemental Report on the Filing or Determination of an Action or Appeal Regarding a Copyright attached hereto as Exhibit A for the Court's submission to the Copyright Office pursuant to 17 U.S.C. § 508.  The supplemental notice designates the following additional registration claim numbers as being at issue in this action: PA 1-746-829, PA 1-805-830, and PA 1-805-832.

DATED:  November 20, 2019

BROWNE GEORGE ROSS LLP
  Keith J. Wesley
  Eric C. Lauritsen
  Matthew L. Venezia
  Milin Chun

By:     */s/ Keith J. Wesley*
        Keith J. Wesley

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2019, I electronically filed the foregoing **PLAINTIFF ATARI INTERACTIVE, INC.'S SUPPLEMENTAL NOTICE OF PENDING ACTION REGARDING COPYRIGHT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**

*Atari Interactive, Inc. v. Ooshirts, Inc.*
USDC, Northern District – Case No. 3:19-cv-00264-JST

| | |
|---|---|
| Kevin R. Lussier (SBN 143821)<br>Kim D. Ashley (SBN 253160)<br>Veatch Carlson, LLP<br>1055 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90017<br>Tel.: 213-381-2861<br>Fax: 213-383-6370<br>Email: klussier@veatchfirm.com<br>         kashley@veatchfirm.com | Attorneys for Defendant<br>Ooshirts, Inc. |

Andrea A. Augustine