1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2       kwesley@bgrfirm.com
   Matthew L. Venezia (State Bar No. 313812)
3       mvenezia@bgrfirm.com
4  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
5  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
6
7  Attorneys for Plaintiff
   ATARI INTERACTIVE, INC.
8
9  VEATCH CARLSON, LLP
   KEVIN R. LUSSIER, State Bar No. 143821
10      klussier@veatchfirm.com
   KIM D. ASHLEY, State Bar No. 253160
11      kashley@veatchfirm.com
   1055 Wilshire Blvd., 11th Floor
12 Los Angeles, California 90017
   Telephone: (213) 381-2861
13 Facsimile: (213) 383-6370
14 Attorneys for Defendant,
   OOSHIRTS, INC.
15
16              **UNITED STATES DISTRICT COURT**
17             **NORTHERN DISTRICT OF CALIFORNIA**
18                    **OAKLAND DIVISION**
19
   ATARI INTERACTIVE, INC.,              CASE NO.:    4:19-cv-00264-JST
20                                       [Related to Case Nos. 3:18-cv-03843-JST;
                    Plaintiff,           3:18-cv-04115; 4:180cv004949-JST; and 4:18-
21                                       cv-03451-JST]
          vs.
22                                       **SECOND STIPULATED REQUEST TO**
   OOSHIRTS, INC.,                       **EXTEND CASE MANAGEMENT**
23                                       **SCHEDULE; [PROPOSED] ORDER**
                    Defendant.
24
25
26
27
28

1606172.1                              1
STIPULATED REQUEST TO EXTEND CASE MANAGEMENT SCHEDULE

1    IT IS STIPULATED and requested by Plaintiff Atari Interactive, Inc. and Defendant

2  ooShirts, Inc., for the reasons set forth in the accompanying declaration of Kim D. Ashley, that the

3  following deadlines in the current scheduling order be extended by approximately 45 days as set

4  forth below. This is the parties' second request for a modification of the scheduling order.

5    Pursuant to Civil Local Rule 6-2(a), the parties concurrently submit a declaration setting

6  forth the reasons for the request, previous modifications, and the modification's effects.

7    The current schedule and proposed revised schedule are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact and expert discovery cut-off | June 26, 2020 | August 10, 2020 |
| Deadline to file dispositive motions | July 17, 2020 | September 2, 2020 |
| Pretrial conference statement due | October 23, 2020 | December 4, 2020 |
| Pretrial conference | October 30, 2020 at 2:00 pm | December 11, 2020 at 1:30 pm |
| Trial | December 7, 2020 8:00 a.m. | January 11, 2021 8:00 a.m. |
| Estimate of trial length (in days) | Eight | Eight |

RESPECTFULLY SUBMITTED,

Dated:  June 18, 2020                                   **BROWNE GEORGE ROSS LLP**


                                                        */s/ Matthew L. Venezia*
                                                        KEITH J. WESLEY
                                                        MATTHEW L. VENEZIA
                                                        Attorneys for Plaintiff, ATARI
                                                        INTERACTIVE, INC.


Dated:  June 18, 2020                                   **VEATCH CARLSON, LLP**


                                                        */s/ Kim D. Ashley*
                                                        KEVIN R. LUSSIER
                                                        KIM D. ASHLEY
                                                        Attorneys for Defendant, OOSHIRTS, INC.

**Attestation Pursuant to Civil L.R. 5-1(i)(3)**: I, Kim D. Ashley, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from all above signatories.

1606172.1                                        2

STIPULATED REQUEST TO EXTEND CASE MANAGEMENT SCHEDULE

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION IT IS SO ORDERED.

3

Dated: _____          _____

4

                                    HONORABLE JON S. TIGAR
                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND CASE MANAGEMENT SCHEDULE