AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Atari Interactive, Inc | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:19-cv-00264-JST |
| OOShirts, Inc. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OOShirts, Inc.

Date:   08/10/2020

/s/ Thomas F. Mazzucco
*Attorney's signature*

Thomas F. Mazzucco, SBN 306681
*Printed name and bar number*

MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, 11th Floor
San Francisco, CA 94104
*Address*

TFMazzucco@mpbf.com
*E-mail address*

(415) 788-1900
*Telephone number*

(415) 393-8087
*FAX number*