AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Atari Interactive, Inc | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-00264-JST |
| OOShirts, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OOShirts, Inc.

Date:   08/10/2020

/s/ Keith G. Adams
*Attorney's signature*

Keith G. Adams, SBN 240497
*Printed name and bar number*
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
*Address*

KAdams@mpbf.com
*E-mail address*

(213) 327-3500
*Telephone number*

(213) 627-2445
*FAX number*