BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

Keith G. Adams – 240497
   KAdams@mpbf.com
Thomas F. Mazzucco – 306681
   TFMazzucco@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
Telephone:   (213) 327-3500
Facsimile:   (213) 627-2445

Attorneys for Defendant
OOSHIRTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> OOSHIRTS, INC., <br><br> Defendant. | Case No.: 4:19-CV-00264-JST <br> [Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; 4:18-cv-03451-JST] <br><br> Judge: Hon. Jon S. Tigar <br><br> **THIRD STIPULATED REQUEST TO EXTEND CASE MANADEMENT SCHEDULE; [PROPOSED] ORDER** <br><br> Complaint Filed:  January 15, 2019 <br> FPTC:  December 11, 2020 <br><br> Trial Date:  January 11, 2021 |

IT IS STIPULATED and requested by Plaintiff Atari Interactive, Inc. and Defendant ooShirts, Inc., for the reasons set forth in the accompanying declaration of Keith F. Adams, that the following

- 1 -

deadlines in the current scheduling order be extended by approximately 11 weeks as set forth below. This is the parties' third request for a modification of the scheduling order, and the parties do not expect to request any additional continuances of the schedule in this matter.

Pursuant to Civil Local Rule 6-2(a), the parties concurrently submit a declaration setting forth the reasons for the request, previous modifications, and the modification's effects.

The current schedule and proposed revised schedule are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact and expert discovery cut-off | August 10, 2020 | October 26, 2020 |
| Deadline to file dispositive motions | September 2, 2020 | November 18, 2020 |
| Pretrial conference statement due | December 4, 2020 | February 19, 2021 |
| Pretrial conference | December 11, 2020 at 1:30 pm | February 26, 2021 at 1:30 pm |
| Trial | January 11, 2021 8:00 a.m. | March 29, 2021 8:00 a.m. |
| Estimate of trial length (in days) | Eight | Eight |

RESPECTFULLY SUBMITTED,

Dated: August 10, 2020

        BROWNE GEORGE ROSS LLP

        By /s/ Keith G. Wesley
           KEITH J. WESLEY
           MATTHEW L. VENEZIA
           Attorneys for Plaintiff,
           ATARI INTERACTIVE, INC.

        MURPHY, PEARSON, BRADLEY & FEENEY

        By /s/ Keith G. Adams
           Keith G. Adams
           Thomas F. Mazzucco
           Attorneys for Defendant
           OOSHIRTS, INC.

**Attestation Pursuant to Civil L.R. 5-1(i)(3):** I, Keith G. Adams, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from all above signatories.

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | PURSUANT TO STIPULATION IT IS SO ORDERED. |

Dated: _____     _____
HONORABLE JON S. TIGAR
United States District Judge

- 3 -

**THIRD STIPULATED REQUEST TO EXTEND CASE MANADEMENT SCHEDULE;**     CASE NO.
**[PROPOSED] ORDER**     4:19-CV-00264-JST