AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

ATARI INTERACTIVE, INC. )
    *Plaintiff* )
    v. )  Case No. 4:19-cv-00264 JST
OOSHIRTS, INC. )
    *Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ATARI INTERACTIVE, INC.

Date: October 19, 2020

/s/Serli Polatoglu
*Attorney's signature*

Serli Polatoglu SBN 311023
*Printed name and bar number*

BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
*Address*

spolatoglu@bgrfirm.com
*E-mail address*

(310) 274-7100
*Telephone number*

(310) 275-5697
*FAX number*

