BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
   kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
   mvenezia@bgrfirm.com
Serli Polatoglu (State Bar No. 311023)
   spolatoglu@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OOSHIRTS, INC.,<br><br>　　　　Defendant. | Case No. 4:19-cv-00264-JST<br>*[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:18-cv-03451-JST]*<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Pretrial Conf.:　　February 26, 2021<br>Trial Date:　　　March 29, 2021 |

1713255.1

Case No. 4:19-cv-00264-JST

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Atari Interactive, Inc. hereby dismisses with prejudice its claims against Defendant ooShirts, Inc.  As evidenced by the signatures of counsel below, the parties have stipulated to the dismissal referenced herein.

DATED:  December 10, 2020    BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Matthew L. Venezia
   Serli Polatoglu

By:    */s/Matthew L. Venezia*
   Matthew L. Venezia

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.


DATED:  December 10, 2020    MURPHY, PEARSON, BRADLEY & FEENEY
   Keith G. Adams
   Thomas F. Mazzucco

By:    */s/Keith G. Adams*
   Keith G. Adams
   Thomas F. Mazzuco

Attorneys for Plaintiff
OOSHIRTS, INC.

*Filer's Attestation:  Pursuant to L.R. 5-1(i)(3) regarding signatures, Matthew L. Venezia hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.*

By:    */s/ Matthew L. Venezia*
   Matthew L. Venezia

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST

*Atari Interactive, Inc. v. Ooshirts, Inc.*
USDC, Northern District – Case No. 3:19-cv-00264-JST

| | |
|---|---|
| Keith G. Adams, Director<br>Tim Halloran<br>MURPHY PEARSON BRADLEY<br>    & FEENEY<br>550 South Hope Street, Suite 650<br>Los Angeles, CA 90071<br>Office: 213-327-3500 x3507<br>Direct: 213-327-3507<br>Fax:    213-627-2445<br>Email: KAdams@MPBF.com<br>            THalloran@MPBF.com<br><br>Thomas F. Mazzucco<br>MURPHY PEARSON BRADLEY<br>    & FEENEY<br>580 California Street, 11th Floor<br>San Francisco, CA  94104<br>Tel: (415)788-1900<br>Direct: (213)327-3507<br>Fax:    (415)393-8087<br>Email: TFMazzucco@MPBF.com | Attorneys for Defendant Ooshirts, Inc. |

_____
Andrea A. Augustine